| | |
|---|---|
| 1 | Mark D. Kemple (State Bar No. 145219) |
| | Erik K. Swanholt (State Bar No. 198042) |
| 2 | JONES DAY |
| | 555 South Flower Street |
| 3 | Fiftieth Floor |
| | Los Angeles, CA  90071-2300 |
| 4 | Telephone:  (213) 489-3939 |
| | Facsimile:   (213) 243-2539 |
| 5 | Email:       mkemple@jonesday.com |
| | Email:       ekswanholt@jonesday.com |
| 6 | |
| | Attorneys for Defendants |
| 7 | Greystone Servicing Corporation, Inc., and |
| | Greystone CDE, LLC |
| 8 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(OAKLAND DIVISION)**

| | |
|---|---|
| SANTA FE POINTE, LP, an Oklahoma limited partnership; SANTA FE MANAGEMENT, LLC, an Oklahoma limited liability company; RANT, LLC, a Delaware limited liability company; and THEOTIS F. OLIPHANT, an individual, | CASE NO. C07-05454 JCS |
| | NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING |
| Plaintiffs, | (Civil L.R. 3-13) |
| v. | |
| GREYSTONE SERVICING CORPORATION, INC., a Georgia corporation; GREYSTONE CDE, LLC, a Delaware limited liability company, and DOES 1 through 100, inclusive, | |
| Defendants. | |

LAI-2909756v1                                    Notice of Pendency of Other Action or Proceeding

**TO THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC (collectively, "Defendants" or "Greystone") hereby file this Notice of Pendency of Other Action or Proceeding pursuant to Civil L.R. 3-13 to inform the Court that the above-captioned action involves a material part of the same subject matter and all of the same parties as another action which is pending in the United States District Court for the Southern District of New York.

### 1. Description of the Other Action

On September 26, 2007, Greystone CDE, LLC commenced an action against Santa Fe Pointe, L.P.; Santa Fe Pointe Management, LLC; Rant, LLC; and Theotis F. Oliphant, in the United States District Court for the Southern District of New York, **Case Number 07 CIV 8377**, entitled ***Greystone CDE, LLC v. Santa Fe Pointe, L.P.*** (hereafter the "New York action"). All of the parties to the New York action are also parties to the present action. Both the New York action and the present action involve a series of written agreements entered into between the parties in connection with Plaintiffs' planned development of a Low Income Housing Tax Credit project in conjunction with a mortgage loan insured by the Federal Housing Authority's ("FHA") Office of Housing and Urban Development ("HUD"). Among those contracts is a Bridge Loan Agreement (the "Loan Agreement") for the principal sum of $500,000 on which Plaintiffs have defaulted and currently owe more than $530,000. Consistent with the New York choice-of-law and forum-selection provisions contained in the Loan Agreement and the related security agreements, to which each of the Plaintiffs agreed, *see, e.g.*, Notice of Removal (doc. # 1), Ex. A2 (FAC) at p. 3, Greystone CDE, LLC brought suit in the Southern District of New York to recover the amounts owed by Plaintiffs under the defaulted bridge loan.

In the present action, Plaintiffs seek declaratory relief with respect to the parties' rights and obligations under the same Loan Agreement and the related contracts.

2. **Title and Location of the Court in Which the Other Action Is Pending**

United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

3. **Factual Statement**

In their complaint filed in the present action, Plaintiffs state that "[a]n actual controversy now exists between Plaintiffs and the Greystone Defendants concerning their respective legal rights, duties and obligations under the bridge loan, the guarantees and the other agreements relating thereto." *See* Notice of Removal (doc. # 1), Ex. A2 (FAC) ¶ 106. As indicated above, that controversy is currently pending before the United States District Court for the Southern District of New York. Greystone CDE, LLC filed the New York action on September 26, 2007 to recover an amount in excess of $530,000 currently owed by Plaintiffs under the Loan Agreement and the related security agreements on which they have defaulted.

In the present action, Plaintiffs purport to state claims against Greystone for alleged tortious conduct and breaches of contract, and, on the basis of those claims, seek declaratory relief with respect to their obligations under the Loan Agreement and the related contracts.

For the reasons that will be stated more fully in the forthcoming document entitled "Notice of Motion and Motion to Transfer; Memorandum of Authorities in Support Thereof; and Statement in Support of Notice of Pendency of Other Action," Defendants respectfully request that this action be transferred pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Southern District of

1  New York where the related action is pending. Such transfer will allow these
2  related actions to be assigned to a single district judge for the convenience and
3  efficiency of the courts and the parties.

4  Dated:        October 25, 2007            JONES DAY

By: _____
Mark D. Kemple
Erik K. Swanholt

Attorneys for Defendants Greystone
Servicing Corporation, Inc. and
Greystone CDE, LLC

## PROOF OF SERVICE BY PERSONAL DELIVERY

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and am not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104-1500. On October 25, 2007, I caused the following document to be personally served:

### NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING

by delivering copies thereof to:

    Eric J. Farber, Esq.
    Ann McFarland Draper, Esq.
    FARBER & COMPANY ATTORNEYS, LLP
    847 Sansome Street, Suite LL
    San Francisco, CA  94111

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 25, 2007, at San Francisco, California.

_____ [signature]