1  Mark D. Kemple (State Bar No. 145219)
   Erik K. Swanholt (State Bar No. 198042)
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA  90071-2300
4  Telephone:  (213) 489-3939
   Facsimile:   (213) 243-2539
5  Email:       mkemple@jonesday.com
   Email:       ekswanholt@jonesday.com
6
   Attorneys for Defendants
7  Greystone Servicing Corporation, Inc., and
   Greystone CDE, LLC
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         (OAKLAND DIVISION)

12

13 | SANTA FE POINTE, LP, and              CASE NO. C07-05454 JCS
   | Oklahoma limited partnership; SANTA
14 | FE MANAGEMENT, LLC, an                GREYSTONE DEFENDANTS'
   | Oklahoma limited liability company;   CERTIFICATION OF
15 | RANT, LLC, a Delaware limited         INTERESTED ENTITIES OR
   | liability company; and THEOTIS F.     PERSONS
16 | OLIPHANT, an individual,
                                           (Civil L.R. 3-16)
17 |           Plaintiffs,

18 |     v.

19 | GREYSTONE SERVICING
   | CORPORATION., a Georgia
20 | corporation; GREYSTONE CDE,
   | LLC, a Delaware limited liability
21 | company; and DOES 1 through 100
   | inclusive,
22
   |           Defendants.
23

24

25

26

27

28

LAI-2910645v1                              Certification of Interested Entities or Persons
                                                                    (Civil L.R. 3-16)

1  Pursuant to Civil L.R. 3-16, the undersigned, counsel of record for Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC, certify that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Greystone Select Holdings LLC is the parent corporation of Greystone Funding Corporation and Defendant Greystone Servicing Corporation, Inc.

2. Greystone Development Corporation is a member of Defendant Greystone CDE, LLC.

3. Greystone Funding Corporation is a member of Defendant Greystone CDE, LLC.

Dated:    October 25, 2007

JONES DAY

By: _____
Mark D. Kemple
Erik K. Swanholt

Attorneys for Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC