Mark D. Kemple (State Bar No. 145219)
Erik K. Swanholt (State Bar No. 198042)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539
Email:  mkemple@jonesday.com
Email:  ekswanholt@jonesday.com

Attorneys for Defendants
Greystone Servicing Corporation, Inc., and
Greystone CDE, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, and Oklahoma limited partnership; SANTA FE MANAGEMENT, LLC, an Oklahoma limited liability company; RANT, LLC, a Delaware limited liability company; and THEOTIS F. OLIPHANT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTONE SERVICING CORPORATION., a Georgia corporation; GREYSTONE CDE, LLC, a Delaware limited liability company; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO. C07-05454 JCS<br><br>**GREYSTONE DEFENDANTS' DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A)** |

LAI-2910616v1

Greystone Defendants' Disclosure Statement
(Fed. R. Civ. P. 7.1(a))

1  Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC, submit the following statement of their corporate interests and affiliations pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

 1. Greystone Servicing Corporation, Inc. certifies that it is a nongovernmental corporation organized and existing under the laws of the State of Georgia, with its principal place of business in Warrenton, Virginia. Greystone Servicing Corporation further certifies as follows:

 (a) Greystone Servicing Corporation, Inc.'s parent corporation is Greystone Select Holdings LLC.

 (b) No publicly held corporation owns 10 percent or more of Greystone Servicing Corporation, Inc.'s stock.

 2. Greystone CDE, LLC certifies that it is a nongovernmental limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in New York, New York. Greystone CDE, LLC further certifies as follows:

 (a) Greystone CDE, LLC has no parent corporation. Its sole members are Greystone Development Corporation and Greystone Funding Corporation.

 (b) No publicly held corporation possesses a membership interest of 10 percent or more in Greystone CDE, LLC.

 (c) Greystone Development Corporation is a nongovernmental corporation organized and existing under the laws of the Commonwealth of Virginia, with its principal place of business in New York, New York.

 (d) Greystone Development Corporation has no parent corporation.

 (e) No publicly held corporation owns 10 percent or more of Greystone Development Corporation's stock.

 (f) Greystone Funding Corporation is a nongovernmental

1  corporation organized and existing under the laws of the Commonwealth of
2  Virginia, with its principal place of business in New York, New York.
3           (g)     Greystone Funding Corporation's parent corporation is
4  Greystone Select Holdings LLC.
5           (h)     No publicly held corporation owns 10 percent or more of
6  Greystone Funding Corporation's stock.
7  Dated:      October 25, 2007            JONES DAY

By: /s/ Mark D. Kemple
    Mark D. Kemple
    Erik K. Swanholt

Attorneys for Defendants Greystone
Servicing Corporation, Inc. and
Greystone CDE, LLC

LAI-2910616v1                    2              Greystone Defendants' Disclosure Statement
                                                         (Fed. R. Civ. P. 7.1(a))