1  Mark D. Kemple (State Bar No. 145219)
   Erik K. Swanholt (State Bar No. 198042)
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA  90071-2300
4  Telephone:  (213) 489-3939
   Facsimile:   (213) 243-2539
5  Email:       mkemple@jonesday.com
   Email:       ekswanholt@jonesday.com
6
7  Attorneys for Defendants
   Greystone Servicing Corporation, Inc., and
   Greystone CDE, LLC
8

9           UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | SANTA FE POINTE, LP, and                    | CASE NO. C 07-05454 JCS
   | Oklahoma limited partnership; SANTA         |
14 | FE MANAGEMENT, LLC, an                      | **CERTIFICATE OF SERVICE**
   | Oklahoma limited liability company;         |
15 | RANT, LLC, a Delaware limited               |
   | liability company; and THEOTIS F.           |
16 | OLIPHANT, an individual,                    |

17              Plaintiffs,

18       v.

19 GREYSTONE SERVICING
   CORPORATION., a Georgia
20 corporation; GREYSTONE CDE,
   LLC, a Delaware limited liability
21 company; and DOES 1 through 100
   inclusive,
22
                Defendants.
23

24

25

26

27

28

SFI-572400v1                                                          Certificate of Service

## PROOF OF SERVICE BY PERSONAL DELIVERY

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and am not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104-1500. On October 26, 2007, I caused the following documents to be personally served:

- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

- **ECF REGISTRATION INFORMATION HANDOUT; and**

- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

by delivering copies thereof to:

> Eric J. Farber, Esq.
> Ann McFarland Draper, Esq.
> FARBER & COMPANY ATTORNEYS, LLP
> 847 Sansome Street, Suite LL
> San Francisco, CA  94111

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 26, 2007, at San Francisco, California.

_____
Constance Jacobs