1  Mark D. Kemple (State Bar No. 145219)
   Erik K. Swanholt (State Bar No. 198042)
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA  90071-2300
4  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
5  Email:        mkemple@jonesday.com
   Email:        ekswanholt@jonesday.com
6
   Attorneys for Defendants
7  Greystone Servicing Corporation, Inc., and
   Greystone CDE, LLC
8

9                UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12

13 | SANTA FE POINTE, LP, and            | CASE NO. C 07-05454 JCS
   | Oklahoma limited partnership; SANTA |
14 | FE MANAGEMENT, LLC, an              | **GREYSTONE DEFENDANTS'**
   | Oklahoma limited liability company; | **CERTIFICATE OF SERVICE**
15 | RANT, LLC, a Delaware limited       | **OF NOTICE OF REMOVAL OF**
   | liability company; and THEOTIS F.   | **ACTION**
16 | OLIPHANT, an individual,            |

17               Plaintiffs,

18        v.

19 GREYSTONE SERVICING
   CORPORATION., a Georgia
20 corporation; GREYSTONE CDE,
   LLC, a Delaware limited liability
21 company; and DOES 1 through 100
   inclusive,
22
                Defendants.
23

24

25

26

27

28

LAI-2910931v1                    Certificate of Service of Notice of Removal of Action

1

## PROOF OF SERVICE BY PERSONAL DELIVERY

2    I am a citizen of the United States and employed in San Francisco County,

3  California. I am over the age of eighteen years and am not a party to the within-

4  entitled action. My business address is 555 California Street, 26th Floor, San

5  Francisco, California 94104-1500. On October 25, 2007, I caused the following

6  document to be personally served:

7

8    • **NOTICE OF REMOVAL OF ACTION TO THE
      UNITED STATES DISTRICT COURT FOR THE
      NORTHERN DISTRICT OF CALIFORNIA**

9

10  by delivering copies thereof to:

11

12    Eric J. Farber, Esq.
      Ann McFarland Draper, Esq.

13    FARBER & COMPANY ATTORNEYS, LLP
      847 Sansome Street, Suite LL

14    San Francisco, CA  94111

15

16    I declare that I am employed in the office of a member of the bar of this court

17  at whose direction the service was made.

18    I declare under penalty of perjury under the laws of the State of California

19  that the above is true and correct.

20    Executed on October 26, 2007, at San Francisco, California.

21

22

23    Constance Jacobs

24

25

26

27

28