UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Santa Fe Point, LP,

        Plaintiff(s),

   v.

Greystone Servicing Corporation, Inc.,

        Defendant(s).
_____/

No. C 07-05454 (JCS)

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 11-1-07

/s/ Eric J. Farber
Signature

Counsel for Plaintiffs
(Plaintiff, Defendant or indicate "pro se")