1  Mark D. Kemple (State Bar No. 145219)
   Erik K. Swanholt (State Bar No. 198042)
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA 90071-2300
4  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
5  Email:      mkemple@jonesday.com
   Email:      ekswanholt@jonesday.com
6
   Attorneys for Defendants
7  Greystone Servicing Corporation, Inc., and
   Greystone CDE, LLC
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                (SAN FRANCISCO DIVISION)

12

13 | SANTA FE POINTE, LP, and Oklahoma limited partnership; SANTA FE MANAGEMENT, LLC, an Oklahoma limited liability company; RANT, LLC, a Delaware limited liability company; and THEOTIS F. OLIPHANT, an individual, | CASE NO. C 07-05454 JCS

**Assigned for all purposes to the Honorable Joseph C. Spero**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE**

[Defendants' Notice of Motion and Motion to Transfer Venue; Memorandum of Points and Authorities and Supporting Declarations Filed Concurrently Herewith]

Plaintiffs,

v.

GREYSTONE SERVICING CORPORATION., a Georgia corporation; GREYSTONE CDE, LLC, a Delaware limited liability company; and DOES 1 through 100 inclusive,

Defendants.

On December 14, 2007, the motion of Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC ("Defendants") to transfer venue of this action to the United States District Court, Southern District of New York pursuant to 28 U.S.C. § 1404(a), came on regularly for hearing in Courtroom A (15th Floor) of the above-entitled Court before the Honorable Joseph C. Spero, Judge presiding.

After consideration of the moving and opposing papers filed in connection with this Motion, hearing oral arguments thereon, and finding good cause therefore,

IT IS HEREBY ORDERED that:

1. Defendants' motion to transfer venue is granted;
2. The above-captioned matter is ordered transferred to the United States District Court, Southern District of New York.
3. The Clerk of the Court is instructed to forward the file in this case to the United States District Court, Southern District of New York.

DATED: _____, 2007

                                                                       Honorable Joseph C. Spero
                                                                       United States District Court,
                                                                       Northern District of California

## CERTICATE OF SERVICE

I, Jean E. Asuncion, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On November 7, 2007, I served a copy of the within document(s):

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

☒ by electronically filing such document(s) through the United States District Court for the Northern District of California CM/ECF which will send electronic notification of such filing to the following registered users:

Eric J. Farber, Esq.                *Attorneys for Plaintiffs*
Ann McFarland Draper, Esq.
FARBER & COMPANY
ATTORNEYS, LLP
847 Sansome St., Suite LL
San Francisco, CA 94111
Phone: (415) 434-5320
Fax: (415) 434-5380

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage

LAI-2914060v1                                                      PROOF OF SERVICE

meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 7, 2007, at Los Angeles, California.

_____
Jean E. Asuncion