United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, | No. C 07-05454 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| GREYSTONE SERVICING CORP., INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendant's Motion to Transfer Case, before Magistrate Judge Spero, previously noticed for December 14, 2007, at 9:30 a.m., has been reset to **February 8, 2008, at 9:30 a.m.** Regardless of whether the Court reschedules the hearing date, the opposition memo shall be filed by **November 30, 2007,** and the reply brief shall be filed by **December 14, 2007.**

YOU ARE HEREBY FURTHER NOTIFIED THAT the case management conference, previously noticed for February 8, 2008, at 1:30 p.m., has been reset **TO THE SAME DAY, at 9:30 a.m.,** preceding oral argument on the Motion to Transfer Case. The joint case management conference statement shall be due by **February 1, 2008.** All counsel and parties shall report to Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: November 14, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Karen L. Hom
Courtroom Deputy