1 | Eric J. Farber, SBN 169472
eric@farberandco.com
2 | Ann McFarland Draper, SBN 065669
ann.draper@farberandco.com
3 | FARBER & COMPANY ATTORNEYS, P.C.
847 Sansome Street, Ste. LL
4 | San Francisco, California 94111
Telephone 415.434.5320
5 | Facsimile 415.434.5380

6 | Attorneys for Plaintiffs Santa Fe Pointe,
LP, Santa Fe Management, LLC,
7 | Rant, LLC, and Theotis F. Oliphant

8

**UNITED STATES DISTRICT COURT**
9 | **NORTHERN DISTRICT OF CALIFORNIA**

10 | **(SAN FRANCISCO DIVISION)**

11 | SANTA FE POINTE, LP, et al, | **Case No.: 3:07-cv-05454-JCS**

12 |                Plaintiffs, | **NOTICE OF INCORPOATION OF PLAINTIFFS' LAW FIRM**
         vs.
13
   GREYSTONE SERVICING CORPORATION,
14 | INC., et al,
                Defendants.
15

16 | TO:    THE COURT, and ALL PARTIES and THEIR RESPECTIVE ATTORNEYS OF
            RECORDS:
17

18 |        NOTICE IS HEREBY GIVEN that the law firm of FARBER & COMPANY

19 | ATTORNEYS, LLP, who has been counsel of record for Plaintiffs herein (SANTA FE POINTE,

20 | LP, an Oaklahoma limited partnership; SANTA FE MANAGEMENT, LLC, and Oklahoma limited

21 | liability company; RANT, LLC, a Delaware limited liability company; and THEOTIS F. OLIPHANT,

22 | an individual) has changed the form in which is does business, and is nor incorporated as FARBER &

23 | COMPANY ATTORNEYS, P.C.

24 |        Henceforth, the law firm affiliation of Eric J. Farber and Ann McFarland Draper , who are

25 | attorneys of record for Plaintiffs herein, will be, and hereby is, FARBER & COMPANY

26 | ATTORNEYS, P.C., and the incorporated law firm FARBER & COMPANY ATTORNEYS, P.C. is

27 | hereby substituted as Plaintiffs' attorney of record herein in the place and stead of FARBER &

28

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*                                                              - 1
Notice of Incorporation of Plaintiffs' Law Firm
Farber & Company Attorneys, LLP

COMPANY ATTORNEYS, LLP.  All other contact information remains the same.  Please update your records accordingly.

DATED:  November 16, 2007    FARBER & COMPANY ATTORNEYS, P.C.
Attorneys for Plaintiffs

By  *Eric J. Farber*

Eric J. Farber, SBN 169472
Ann McFarland Draper, SBN 065669

### ORDER

Good cause appearing therfor, the above change of law firm affiliation is hereby approved.

IT IS SO ORDERED

_____
The Honorable Magistrate Judge Spero

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*    - 2
Notice of Incorporation of Plaintiffs' Law Firm
Farber & Company Attorneys, LLP

# PROOF OF SERVICE

I, HEATHER HAGGMARK, declare:

1. I am an attorney at law over the age of eighteen years of age and not a party to this action. My business address is 847 Sansome St., LL, San Francisco, CA 94111.

2. On November 16, 2007, I served true and correct copies of the foregoing pleading

**PLAINTIFFS' SUBSTITUTION OF COUNSEL**

on the interested parties by electronically filing such documents through the CM/ECF system of United States District Court for the Northern District of California, which will send electronic notification of such filing to the following registered users:

> Mark D. Kemple         mdkemple@jonesday.com
>
> Erik K. Swanholt       ekswanholt@jonesday.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 16th day of November 2007, at San Francisco, California.

*Heather Haggmark*
Heather Haggmark

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.* - 3
Notice of Incorporation of Plaintiffs' Law Firm
Farber & Company Attorneys, LLP