

GREYSTONE SERVICING
CORPORATION, INC.
[illegible address]
[illegible]
PHONE: [illegible]
FAX: [illegible]

October 29, 2007

Smith Real Estate Development, Inc.
16416 Oconee Creek Drive
Edmond, OK 73013

Re:    $7,095,000 Oklahoma County Finance Authority Multifamily Housing Revenue <u>Bonds</u>
<u>(Santa Fe Pointe Apartments) Series 2006A</u>

Ladies and Gentlemen:

As we approach the deadline for the escrow break for the above-referenced bonds, Greystone Servicing Corporation, Inc. wishes to advise you that we are no longer pursuing an application for FHA mortgage insurance for the Santa Fe Pointe Apartments project, nor are we currently involved in any way in seeking or obtaining the credit enhancement for the bond. In fact, on August 9, 2007, we withdrew the project's application for FHA mortgage insurance due to the insufficiency of information regarding the borrower's other sources of funds for the project (specifically, the lack of a committed tax credit investor). On August 1, 2007, we understood that the borrower's contract for the purchase of the Santa Fe Apartments project expired without being extended; this and other circumstances lead to a default under the bridge loan documents between the borrower and one of our affiliates. Litigation between the parties ensued; a copy of our compliant, as filed on September 26, 2007 in Federal Court in New York is attached for your information.

While we value our relationships with all of you, we do not believe that under these circumstances it is feasible for us to seek or obtain any form of credit enhancement for these bonds or to provide any further services for this borrower. We wanted you to be aware of the circumstances leading to our conclusion. We sincerely hope we will have the opportunity to work with all of you on future projects.

Smith Real Estate Development, Inc.
16416 Oconee Creek Drive
Edmond, OK 73013
October 29, 2007
Page 2


        Should you have any questions regarding the foregoing, please contact our attorney,
Stephen Harnick at 212.599.7575.

                        Very truly yours,

                        GREYSTONE SERVICING CORPORATION,
                        INC.


                        By:
                        Name: Thom Ruffin
                        Title:   Senior Vice President

Encl

cc:     Stephen M. Harnik, Esquire