Eric J. Farber, SBN 169472
eric@farberandco.com
Ann McFarland Draper, SBN 065669
ann.draper@farberandco.com
FARBER & COMPANY ATTORNEYS, P.C.
847 Sansome Street, Ste. LL
San Francisco, California 94111
Telephone 415.434.5320
Facsimile 415.434.5380

Attorneys for Plaintiffs Santa Fe Pointe,
LP, Santa Fe Management, LLC,
Rant, LLC, and Theotis F. Oliphant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al,<br><br>               Plaintiffs,<br>vs.<br>GREYSTONE SERVICING<br>CORPORATION, INC., et al,<br><br>               Defendants. | Case No.: C07-05454 JCS<br><br>**DECLARATION OF ANN McFARLAND DRAPER IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK**<br><br>**Hearing**<br>Date:       February 8, 2008<br>Time:       9:30 a.m.<br>Courtroom: A (15th Floor)<br>Judge:      Hon. Joseph C. Spero |

I, ANN McFARLAND DRAPER, declare as follows:

1.    I am a resident of the State of California over the age of eighteen (18) years, and I am not a party to the above-entitled action. I am one of the attorneys for the Plaintiffs herein. I make this declaration based upon my personal knowledge, except where alleged upon information and belief, and, if called to testify, I could and would competently testify to the matters set forth herein.

2.    My search of public records reveals that Defendant GREYSTONE SERVICING CORPORATION, INC. ("Greystone Servicing") is a Georgia corporation with its principal place of business in Warrenton, Virginia. Attached as Exhibit "A" hereto is a true and correct printout of the online records of the Georgia Secretary of State, showing these facts.

---

3. Plaintiffs effected personal service on Greystone Servicing on September 25 and on Greystone CDE on September 26. Attached as Exhibits "B" and "C" respectively hereto are true and correct copies of the proofs of service showing such personal service on said defendants.

4. According to the docket for Case No. 07 civ 8377 RPP pending in the United States District Court for the Southern District of New York, Greystone CDE filed a collection action (the "New York Action") against Plaintiffs on September 26, 2007. Greystone Servicing is not a party to the New York Action.

5. Greystone CDE did not attempt to serve the summons or complaint in the New York action in the usual manner, nor did they follow the Rule 6(d) waiver procedure. They did, however, file an Affidavit of Service in the New York action and attempt to obtain a default judgment. Plaintiffs retained the New York office of the law firm of Akerman Senterfit LLP to appear specially to contest personal jurisdiction in the New York action and oppose the application for default.

6. On November 29, 2007, the district court judge in the New York action issued an order denying Greystone CDE's motion for default judgment and granting the cross-motion of the Plaintiffs herein to strike the Clerk's Certificate (of default) and the Affidavit of Service. Attached as Exhibit "D" hereto is a true and correct copy of the order issued by Judge Patterson in the New York Action.

7. Greystone's website contains information regarding the business and location of Greystone Servicing. Attached as Exhibit "E" hereto is a true and correct copy of a printout of the page of that website showing that Greystone Servicing has fourteen regional offices, two of which are in California (in Mountain View and in Pasadena).

8. Attached as Exhibit "F" hereto is a true and correct copy of a pertinent pages from HUD's listing of approved lenders for the MAP program, showing that Greystone Servicing is a HUD-approved lender. The document was retrieved from the following URL on HUD's government website: http://www.hud.gov/offices/hsg/mfh/map/aprvlend.pdf.

9. Attached as Exhibit "G" hereto is a true and correct copy of a cover article from the February 2006 issues of Western Real Estate Business stating that Greystone Servicing "primarily finances properties in California, Washington and Nevada."

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.* - 2
Declaration of Ann McFarland Draper
Farber & Company Attorneys, P.C.

10. The following list consists of individuals and/or entities who were not identified as potential witnesses by Defendants but whom I believe may be discovery and/or trial witnesses in this action and/or who have documents material to this action. The information below is compiled from my review of transaction documents and emails relating to the underlying transaction.

Stacia Johnson, HUD's Director of Multifamily Housing in Oklahoma City

Uche Oluku, HUD senior project manager in Oklahoma City

David Henry, the Arkansas-based tax-credit developer who was Plaintiffs' contractor and co-developer, and with whom Greystone Servicing was secretly negotiated to replace Plaintiffs in the Santa Fe Pointe Project.

Brad Bartlett, the chief of operations for David Henry's organization (also based on Arkansas).

Cary Rosenblum, of Regions Bank, who can testify as to Greystone CDE's demands that nearly terminated the Santa Fe Pointe closing.

Phil Smith of JPS Associates, Inc. (Springfield, Missouri), who performed the architectural review of for the Santa Fe Pointe Project and can testify regarding the delays in completing the architectural component of the HUD application.

Richard A. "Ad" Eichner, of Eichner & Norris PLLC (Washington, D.C.), bond counsel for the investment bank that underwrote and sold the tax-exempt bonds, can testify regarding repeatedly communications in which Greystone was reminded about the time table, as well as Greystone's commitment to the bridge loan.

Diane Cody Fisher, an attorney in the Philadelphia, Pennsylvania office of the law firm of Greenberg Traurig, who served as outside counsel to Greystone in connection with the bridge loan and other parts of the Santa Fe Pointe transaction. Ms. Fisher has non-privileged documents and information relating to events (including the bridge loan and Greystone's negotiations with David Henry).

Shawn Smith, Plaintiffs' real estate consultant in Oklahoma.

In addition, the seller and various title and escrow personnel located in Oklahoma can testify as to events relating to the several signings.

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.* - 3
Declaration of Ann McFarland Draper
Farber & Company Attorneys, P.C.

11. The Administrative Office of the United States Courts compiles and maintains statistical information by district relating to caseload and court congestion, including various measures of the length of time until disposition. Those statistics are available online at links accessible from the URL http://www.uscourts.gov/stats/. The report of Federal Court Management Statistics provides statistical profiles for each of the 94 U.S. district courts, which presents caseload data based one pending cases and the number of authorized judgeships as well as statistics regarding the time for disposition of cases. Attached as Exhibit "H" hereto is a true and correct copy of the statistical profile for the Northern District of California, showing that for 2006 the average number of pending civil cases per judgeship was 583 and that 7.3% of the civil cases are more than three years old. Attached as Exhibit "I" hereto is a true and correct copy of the statistical profile for the Southern District of New York, showing that for 2006 the average number of pending civil cases per judgeship was 716 and that 18.4% of the civil cases are more than three years old. These statistics show that in comparison with the Northern District of California, judges in the Southern District of New York have a heavier caseload (23% greater) and a longer processing time (2½ times as many cases still pending after three years).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 30th day of November, 2007, at San Francisco, State of California.

*Ann McFarland Draper*
Ann McFarland Draper

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*   - 4
Declaration of Ann McFarland Draper
Farber & Company Attorneys, P.C.

<u>PROOF OF SERVICE</u>

I, ANN McFARLAND DRAPER, declare:

1. I am an attorney at law over the age of eighteen years of age and not a party to this action. My business address is 847 Sansome St., LL, San Francisco, CA 94111.

2. On November 30, 2007, I served true and correct copies of the foregoing pleading **DECLARATION OF ANN McFARLAND DRAPER IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK** on the interested parties by electronically filing such documents through the CM/ECF system of United States District Court for the Northern District of California, which will send electronic notification of such filing to the following registered users:

    Mark D. Kemple    mdkemple@jonesday.com

    Erik K. Swanholt    ekswanholt@jonesday.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 30th day of November 2007, at San Francisco, California.

                *Ann McFarland Draper*
                Ann McFarland Draper

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*   - 5
Declaration of Ann McFarland Draper
Farber & Company Attorneys, P.C.