

## Georgia Secretary of State
### Karen C. Handel

Archives • Corporations • Elections • News Room • Professional Licensure • Securities • State Capitol

**Search**
- By Business Name
- By Control No
- By Officer
- By Registered Agent

**Verify**
- Verify Certification

**New Filing**
- Click here to file online for:
- New Limited Liability Company (LLC)
- New Business Corporation
- New Non-Profit Corporation
- New Professional Corporation (PC)

**Annual Registration**
- Annual Registration

**Name Reservation**
- File Name Reservation Online

**Online Orders**
- Register for Online Orders
- Order Certificate of Existence
- Order Certified Documents

**Date:** 11/30/2007

**View Filed Documents**
(Annual Registration History etc.)

**File Annual Registration Online**

or

**Print A Paper Annual Registration Form**

**PLEASE NOTE:** To download your Annual Registration forms you will need Adobe Reader to view and/or print. If you do not have Adobe Reader installed on your computer, click the "Get Adobe Reader" button on the right to download the reader free of charge from the Adobe website.



### Business Name History

| Name | Name Type |
|---|---|
| GREYSTONE SERVICING CORPORATION, INC. | Current Name |

### Profit Corporation - Domestic - Information

| | |
|---|---|
| **Control No.:** | J920652 |
| **Status:** | Active/Compliance |
| **Entity Creation Date:** | 10/30/1989 |
| **Jurisdiction:** | GA |
| **Principal Office Address:** | 419 BELLE AIR LN<br>WARRENTON VA 20186-4368 |
| **Last Annual Registration Filed Date:** | 3/19/2007 |
| **Last Annual Registration Filed:** | 2007 |

### Registered Agent

| | |
|---|---|
| **Agent Name:** | C T CORPORATION SYSTEM |
| **Office Address:** | 1201 PEACHTREE STREET, NE ATLANTA GA 30361 |
| **Agent County:** | FULTON |

### Officers

| | |
|---|---|
| **Title:** | CEO |
| **Name:** | STEPHEN ROSENBERG |

| | |
|---|---|
| **Address:** | 152 W 57TH STREET 60TH FLOOR<br>NEW YORK GA 10019 |
| **Title:** | **CFO** |
| **Name:** | **SHARON SCHNEEMAN** |
| **Address:** | 419 BELLE AIR LN<br>WARRENTON GA 20186 |
| **Title:** | **Secretary** |
| **Name:** | **ANDREW SHEDLOCK, III** |
| **Address:** | 419 BELLE AIR LN<br>WARRENTON GA 20186 |