| Attorney or Party without Attorney: <br> FARBER & COMPANY ATTORNEYS, LLP <br> 847 SANSOME STREET SUITE LL <br> SAN FRANCISCO, CA 94111 <br> Telephone No: 415-434-5320    FAX No: 415-434-5380 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| | Ref. No. or File No.: |

Insert name of Court, and Judicial District and Branch Court:
ALEMEDA COUNTY SUPERIOR COURT-OAKLAND

Plaintiff: SANTA FE POINT, LP
Defendant: GREYSTONE SERVICING CORPORATION

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number: RG07345170 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; ON FIRST AMENDED & SUPPLEMENTAL COMPLAINT, FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF, CIVIL CASE COVER SHEET, NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER, NOTIE OF JUDICIAL ASSIGNMENT, EXHIBITS A-F

3. a. Party served:    GREYSTONE SERVICING CORPORATION, INC. A GEORGIA CORPORATION
   b. Person served:    party in item 3.a BY SERVING, MARIA SANCHEZ, PROCESS SPEICALIST, CT CORPORATION SYSTEM, AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:    818 W. SEVENTH ST.
   LOS ANGELES, CA 90017

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Sep. 25, 2007 (2) at: 1:15PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: GREYSTONE SERVICING CORPORATION, INC. A GEORGIA CORPORATION

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. DAVID HERNANDEZ                    d. The Fee for Service was: $75.00
   b. A PLUS LEGAL SERVICE                e. I am: (3) registered California process server
      P.O. BOX 32599, Registration # 4663       (i) Owner
      Los Angeles, CA 90032                     (ii) Registration No.:    4663
   c. 323-221-3441                              (iii) County:             Los Angeles
                                                (iv) Expiration Date:     Sun, Jul. 06, 2008

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Tue, Sep. 25, 2007

Judicial Council Form POS-010        PROOF OF SERVICE         (DAVID HERNANDEZ)        none.72.2861
Rule 2.150.(a)&(b) Rev January 1, 2007     SUMMONS

# A PLUS LEGAL SERVICE

| Tuesday September 25, 2007 | *INVOICE* | 72.2861 |

4716 TWINING STREET
Los Angeles, CA 90032
Telephone: (323) 221-3441, FAX: (323)2213412

Attn: Heather

FARBER & COMPANY ATTORNEYS, LLP
847 SANSOME STREET SUITE LL
SAN FRANCISCO CA 94111

Work Order #: NONE
Case #: RG07345170
Court: ALEMEDA COUNTY SUPERIOR COURT-OAKLAND
Title: SANTA FE POINT, LP vs. GREYSTONE SERVICING CORPORATION
Documents: SUMMONS; ON FIRST AMENDED & SUPPLEMENTAL COMPLAINT, FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF, CIVIL CASE COVER SHEET, NOTICE OF CASE MANAGEMENT CONFERENCE AND ORDER, NOTIE OF JUDICIAL ASSIGNMENT, EXHIBITS A-F

| Date | Description | Amount |
|---|---|---|
| 09/25/07 01:15PM | Personal Service GREYSTONE SERVICING CORPORATION, INC. A GEORGIA CORPORATION, AT Business 818 W. SEVENTH ST. LOS ANGELES CA 90017, by serving: party in item 3.a.BY SERVING, MARIA SANCHEZ, PROCESS SPEICALIST, CT CORPORATION SYSTEM, AGENT FOR SERVICE OF PROCESS, Served By: DAVID HERNANDEZ | |
| 09/25/07 | PROCESS SERVICE | 75.00 |

**THANK YOU FOR YOUR BUSINESS**     **75.00**