```
Form 27 - GENERAL PURPOSE
            AKERMAN & SENTERFITT, LLP
            ATTN:
CALIFORNIA SUPERIOR COURT      ALMEDA   COUNTY
------------------------------------------------------
                                                          Index No. RG07345170
SANTE FE POINTE                         plaintiff
                                                          Date Filed  ............
              - against -
                                                          Office No.
GREYSTONE SERVICING CORPORATION,        defendant
INC.                                                      Court Date:   / /
------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

STANLEY P.TOMASETTI       being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
     That on the  26th  day of September, 2007      at  01:18 PM.,           at
     152 WEST 57TH ST, 60TH FL
     NEW YORK, NY 10019
I served a true copy of the  FIRST AMENDED & SUPPLEMENTAL COMPLAINT; EXHIBITS A-F
(COMPLAINT & EXHIBITS ROUGHLY 114 PAGES); SUMMONS ON FIRST AMENDED & SUPPLEMENTAL COMPLAINT
(1 PAGE); NOTICE OF CMC & ORDER (1 PAGE) CIVIL CASE COVER SHEET, NOTICE OF JUDICIAL ASSIGNMENT
FOR ALL PURPOSES (4 PAGES);
ADR INFORMATION PACKAGE

upon GREYSTONE CDE, LLC
the RESPONDENT therein named,
by delivering to, and leaving personally with
     CHRISTINA STEMMA, MANAGING AGENT

a true copy of each thereof.

     Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
        SEX: FEMALE           COLOR: WHITE            HAIR: BROWN
        APP. AGE: 33          APP. HT: 5:7            APP. WT: 125

OTHER IDENTIFYING FEATURES:


Sworn to before me this
26th  day of  September, 2007tm



JOEL GOLUB                              STANLEY P. TOMASETTI   1192468
Notary Public, State of New York        AETNA  CENTRAL  JUDICIAL  SERVICES
   No.01G04751136                       225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY              NEW YORK, NY, 10007
Commission Expires 12/31/2009           Reference No: 7AS1370222
```

# AETNA CENTURAL JUDICIAL SERVICES

====================================

```
225 BROADWAY, SUITE 1802          PHONE: (212)233-6070-71
NEW YORK, NY, 10007                      (212)267-2667
IRS #: 13-5623599                 FAX #: (212)233-0751
INVOICE #: 5023                   CONTRACT #:

TO:   AKERMAN & SENTERFITT, LLP          212-880-3800
                                         AS13
      335 MADISON AVE STE 2600
      NEW YORK, NY, 10017
```

Page No.     1
09/28/2007

| SERVE DATE | CLIENT FILE # | CAPTION | | RECIPIENT | SERVE CODES | FEES ADV | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| 09/26/2007 | | SANTE FE POINTE | V GREYSTONE SERVICING CORPORATION, INC. | GREYSTONE CDE, LLC | AU | 0.00 | 150.00 |

*** Total ***

0.00    150.00

## BILLING CODES
========================

```
A - SERVICE                              B - ATTEMPTED SERVICE\CPLR
C - FILING / ISSUE                       D - SPECIAL SERV / DIVORCE
E - SUBSTITUTED SERVICE                  F - WITNESS FEE ADVANCED
G - WITNESS FEE ATTORNEY PAID            H - SOS ALBANY FEE ADVANCED
I - SOS ALBANY FEE PAID BY ATTORNEY      J - SOS 253 OR 254 FEE ADVANCED
K - SOS 253 OR 254 FEE PAID BY ATTORNEY  L - TRAVERSE
M - MILITARY INVESTIGATION               P - COURT FILING FEE ADVANCED
Q - COURT FILING FEE PAID BY ATTORNEY    S - LOCATION
T - SO ORDER/SUPT OF INS CHG             U - WAITING TIME & EFFORT
V - EXPRESS MAIL CHARGE                  W - POSTAGE / POSTAL CHECK
X - OUT OF TOWN SERVICE                  Y - ATTY PD SERV CHARGE/NO CHARGE
R - CONFORM & OBTAIN CT DOCUMENTS        N - STATUTES TOLLED/STOPPED BY CLIENT
O - EXPENSES/TOLLS/EXTRA COPIES/FAX      Z - NO FEE / OR FEE REJECTED
```

FOR PROPER CREDIT, PAYMENT MUST BE RECEIVED WITH COPY OF INVOICE -OR- OUR INVOICE NUMBER MUST APPEAR ON CHECKS