
## Greystone Financial Group



LOGIN
SITE MAP
TERM SHEETS



Greystone Servicing Corporation, Inc. (GSC), a member of the Greystone Financial Group of affiliated companies, is one of the top-ranked Fannie Mae and Federal Housing Administration (FHA) lenders in the country. We offer a broad variety of loan products -- both taxable and tax-exempt -- to facilitate the building, rehabilitation and repositioning of multifamily housing, seniors housing and healthcare facilities.

Real estate lending has been GSC's core business for nearly two decades. We work with both large and small clients, and our national team of professionals has built strong, collaborative relationships with Fannie Mae and HUD.

GSC's capital markets expertise enables us to deliver competitive pricing and superior execution across our entire portfolio of products, which includes:

- Bridge Loans
- Fannie Mae DUS™ Loans
- Small Balance Loans
- FHA Programs
- Seniors Housing and Healthcare Loans
- Bond Credit Enhancements

ABOUT GREYSTONE
GREYSTONE GROUPS

- Greystone Financial Group
- Greystone Commercial Finance
- Greystone Residential Funding
- Greystone MultiUnit
- Greystone Education Funding
- Greystone Loan Servicing
- Greystone Private Equity
- Greystone Bank
- Greystone Property Development
- Greystone Property Management
- Greystone Corporate Realty
- Greystone Private Postal Partners

NEWS
CONTACT US

**People**



**Betsy Vartanian**
Executive Vice President of Greystone Servicing Corporation, Inc.
Ms. Vartanian is responsible for managing the servicing and management divisions of Greystone Servicing, as well as its FHA lending platform. She handles new business initiatives concentrating on distressed loan acquisition and debt restructuring opportunities.

Betsy has worked in numerous facets of the commercial real estate and mortgage banking industries since 1987. Prior to joining Greystone in 2002, she provided primary oversight for a special servicing platform. From here she led her company to become the first third party provider of franchise loan special servicing. Earlier in her career she worked for a world-renowned architect raising billions of dollars in real estate financing.

She attended the University of Massachusetts and ultimately obtained her degree from Florida Atlantic University.



**William H. Posey III**
Executive Vice President of Greystone Servicing Corporation, Inc.
Mr. Posey and his team are responsible for the Fannie Mae DUS™ Lending Platform, including Affordable, Seniors and Small Balance (3Max) lending. His team is also responsible for the Bridge Lending platform. He is very active in the development of correspondent relationships with key financial institutions and mortgage bankers. Billy has worked in banking and finance with an emphasis in commercial real estate finance

since 1982. Prior to joining Greystone, he was the CEO for Univest Financial Services and was a Partner in an International accounting firm. He earned a B.A. from Rhodes College and is a licensed Certified Public Accountant.



**Joseph H. Mosley**
Executive Managing Director of Greystone Servicing Corporation, Inc.

Joseph H. Mosley is Executive Managing Director and the Co-head of Fannie Mae DUS™ Production. He is responsible for business development with certain key investment banks, thrifts, commercial banks and mortgage bankers. In 1980, he began working in banking and finance with an emphasis on commercial real estate. Prior to joining Greystone, he served as Executive Managing Director for Univest Financial Services, Inc. He has a B.S. from the University of Alabama and has practiced as a Certified Public Accountant.

| | | |
|---|---|---|
| **Website** | www.greystoneusa.com | |
| **Locations** | 7200 Wisconsin Avenue<br>Suite 1001<br>Bethesda, MD 20814<br>Phone: 301.656.6543<br>Fax: (301) 656-6299 | Mountain Bay Plaza<br>444 Castro Street<br>Suite 912<br>Mountain View, CA 94041<br>Phone: 650.405.9818<br>Fax: (650) 314-0186 |
| | 1715 Aaron Brenner Drive<br>Suite 500<br>Memphis, TN 38120<br>Phone: 901.399.7720<br>Fax: (901) 399-7717 | 800 East Colorado Blvd.<br>Suite 375, Tower 1<br>Pasadena, CA 91101<br>Phone: 626.405.9818<br>Fax: (626) 683-3095 |
| | 1200 Abernathy Road NE<br>Building 600, Suite 1800<br>Atlanta, GA 30328<br>Phone: 770.392.9788<br>Fax: (770) 392-9789 | 555 Founders Park Circle<br>Hoover, AL 35226<br>Phone: (205) 822-7081<br>Fax: (205) 822-7082 |
| | 1608 King St<br>Beaufort, SC 29902<br>Phone: (843) 379-4590<br>Fax: (843) 379-4591 | 499 Gloster Creek Village<br>Suite F-9 (BC6)<br>Tupelo, MS 38801<br>Phone: (662) 213-9869<br>Fax: (662) 842-6997 |
| | 86 Main Street<br>Suite 205<br>Auburn, ME 04240<br>Phone: (207) 344-6689<br>Fax: (207) 344-6690 | 558 Surf Oaks Drive<br>Seabrook, TX 77586<br>Phone: 281.291.0185<br>Fax: (281) 291-0187 |
| | 201 E. Kennedy Boulevard<br>Suite 415<br>Tampa, FL 33602<br>Phone: 813.830.7840<br>Fax: (813) 830-7850 | 1001 West Glen Oaks Lane<br>Suite 103B<br>Mequon, WI 53092<br>Phone: (262) 240-0204<br>Fax: (262) 240-0545 |
| | 300 South Wacker Drive<br>16th Floor<br>Chicago, IL 60606<br>Phone: (312) 706-3926<br>Fax: (312) 706-3925 | 201 St. Charles Ave.<br>Suite 2523<br>New Orleans, LA 70170<br>Phone: (504) 599-5639 |

Spacer

11/30/2007

Fax: (312) 786-3628

222 West Las Colinas Blvd.
Suite 1925 North
Irving, TX 75039
Phone: 972-819-3966
Fax: 972-819-8231