# Multifamily Accelerated Processing (MAP) Approved Lenders

The following list of Lenders consists of those approved to submit and process applications for multifamily mortgage insurance using Multifamily Accelerated Processing (MAP). The list is in alphabetical order by company. An asterisk (*) next to the name indicates that MAP Lender is also approved for Section 232, Nursing Homes and Assisted Living Facilities.

Corrections of names, addresses or telephone numbers should be e-mailed to Mary_B._Wade@hud.gov

Last Update – 11/07/2007

| |
|---|
| Ms. Margaret Allen<br>President/CEO<br>**AGM Financial Services, Inc. ***<br>2 North Charles Street<br>Suite 850<br>Baltimore, MD 21201<br>PHONE: 410-727-2111 ext. 105<br>FAX: 410-727-3233 |
| Mr. James F. Boris<br>President<br>**American Mortgage Solutions, LLC ***<br>7701 S. Grant Street<br>Suite D<br>Burr Ridge, IL  60527<br>PHONE:  630-654-4182<br>FAX:  630-654-8985 |
| Ms. Chris R. Adair<br>President/CEO<br>**AmeriSouth Financial, Inc ***<br>P. O. Box 2333<br>Ridgeland, MS  39158<br>PHONE:  601-952-0110<br>FAX:  601-829-1562 |

| |
|---|
| Ms. Betsy Vartanian<br>Senior Vice President<br>**Greystone Servicing Corporation, Inc.***<br>419 Belle Air Lane<br>Warrenton, VA 20186<br>PHONE: 540-341-2100<br>FAX: 540-341-2121 |
| Mr. V.M. Harry, Jr.<br>CEO<br>**Harry Mortgage Company ***<br>P. O. Box 75999<br>Oklahoma City, OK  73147<br>PHONE: 405-491-9331<br>FAX: 405-491-9352 |
| Mr. J. Leslie Hardin<br>CEO<br>**HFC Funding Corporation***<br>751 Avignon Drive, Suite A<br>Ridgeland, MS  39157<br>PHONE:  601-898-0103<br>FAX:  601-898-4727 |
| Mr. Peter W. Field<br>President/CEO<br>**Highland Mortgage Company**<br>P. O. Box 55465<br>Birmingham, AL  35255<br>PHONE:  205-558-4019 ext 228<br>FAX: 205-558-5069 |
| Mr. David D. Fumi<br>CEO<br>**Huntington Mortgage Capital, LLC ***<br>41 South High Street<br>12th Floor – HC1225<br>Columbus, OH  434215<br>PHONE:  614-480-5201<br>FAX:  614-480-3290 |
| Ms. Lissa Caporaso<br>Vice President<br>**Huntoon Hastings, Inc.***<br>18101 Von Karman<br>Suite 1050<br>Irvine, CA  92612<br>PHONE:  949-660-1999<br>FAX:  949-660-1998 |