Eric J. Farber, SBN 169472
eric@farberandco.com
Ann McFarland Draper, SBN 065669
ann.draper@farberandco.com
FARBER & COMPANY ATTORNEYS, P.C.
847 Sansome Street, Ste. LL
San Francisco, California 94111
Telephone 415.434.5320
Facsimile 415.434.5380

Attorneys for Plaintiffs Santa Fe Pointe,
LP, Santa Fe Management, LLC,
Rant, LLC, and Theotis F. Oliphant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al, <br><br> Plaintiffs, <br> vs. <br><br> GREYSTONE SERVICING CORPORATION, INC., et al, <br><br> Defendants. | Case No.: C07-05454 JCS <br><br> **DECLARATION OF ANN McFARLAND DRAPER RE DELAYED FILING DUE TO TECHNICAL FAILURE OF ECF SYSTEM** <br> **Hearing** <br> Date: February 8, 2008 <br> Time: 9:30 a.m. <br> Courtroom: A (15th Floor) <br> Judge: Hon. Joseph C. Spero |

I, ANN McFARLAND DRAPER, declare as follows:

1. I am a resident of the State of California over the age of eighteen (18) years, and I am not a party to the above-entitled action. I am one of the attorneys for the Plaintiffs herein. I make this declaration based upon my personal knowledge, except where alleged upon information and belief, and, if called to testify, I could and would competently testify to the matters set forth herein.

2. On November 30, 2007, I attempted to file the group of documents constituting Plaintiffs' opposition to defendants' motion to transfer the above-entitled action to the Southern District of New York. I was unable to file any of the opposition papers on that day due to a technical failure of the Northern District's ECF system.

3. I attempted to electronically file Plaintiffs' opposition papers at 10:40 p.m. on November 30 and again at 11:50 p.m. In both instances, I was unable to login to the ECF system

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.* - 1
Declaration of Ann McFarland Draper re ECF Technical Failure
Farber & Company Attorneys, P.C.

1  because the login screen would not load.  I tried with both Internet Explorer 7 and also with the
2  Firefox browser, but the ECF login screen would not load.  As a result, my opposition papers were not
3  filed and were not electronically served through the ECF system on November 30, 1007.  I emailed
4  opposing counsel to apprise them of the technical difficulty I had encountered.

5       4.  The next business day following Friday, November 30 is Monday, December 3, 2007.  I
6  successfully filed Plaintiffs' opposition papers on the evening of December 2, 2007, at which time they
7  were also served through the ECF electronic system.

9  I declare under penalty of perjury under the laws of the State of California that the foregoing is true
10 and correct and that this declaration was executed this 2nd day of December, 2007, at San Francisco, State
11 of California.

                   *Ann McFarland Draper*
                    Ann McFarland Draper

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*                                                                                       - 2
Declaration of Ann McFarland Draper re ECF Technical Failure
Farber & Company Attorneys, P.C.

PROOF OF SERVICE

I, ANN McFARLAND DRAPER, declare:

1. I am an attorney at law over the age of eighteen years of age and not a party to this action. My business address is 847 Sansome St., LL, San Francisco, CA 94111.

2. On December 2, 2007, I served true and correct copies of the foregoing pleading **DECLARATION OF ANN McFARLAND DRAPER IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER CASE TO SOUTHERN DISTRICT OF NEW YORK** on the interested parties by electronically filing such documents through the CM/ECF system of United States District Court for the Northern District of California, which will send electronic notification of such filing to the following registered users:

        Mark D. Kemple       mdkemple@jonesday.com

        Erik K. Swanholt      ekswanholt@jonesday.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 2nd day of December 2007, at San Francisco, California.

                     *Ann McFarland Draper*
                      Ann McFarland Draper

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*    - 3
Declaration of Ann McFarland Draper re ECF Technical Failure
Farber & Company Attorneys, P.C.