# EXHIBIT 1



"Ann Draper"
<ann.draper@farberandco .co
m>

11/26/2007 10:42 AM

To    "'Erik K Swanholt'" <ekswanholt@JonesDay.com>

cc

bcc

Subject    RE: Santa Fe adv. Greystone

| History: | 🗐 This message has been replied to and forwarded . |
|---|---|

As I told you on November 16, we are interested in having the Rule 26 meet & confer now, and in getting started with discovery. Toward this end, I had already telephoned you on November 2 and requested that we schedule a date and time for the Rule 26 meet & confer. At that time, you had to speak with Mr. Kemple regarding his schedule. I did not hear further from you regarding my scheduling request.

When we spoke on November 16 regarding your request to delay the Initial CMC, I informed you that I was not interested in delaying the Initial CMC but would be inclined to agree to advance the hearing date for your motion to transfer. You told me that you had already spoken with the Clerk, who informed you that she could not advance the hearing date because the Judge had deliberately combined the two hearings so they would be on the same day. (I note that this appears to be an ex parte communication, although you may not have intended such; nonetheless, I would request that you include me in any such calls in the future.) I was also troubled by the fact that, in our November 16 call, you stated your reason for postponing the Initial CMC was so that we did not have to go through the Rule 26 meet & confer process if the case was transferred to New York. I told you that the parties would have to go through this process regardless of where the case was venued.

We have reconsidered your request and our position has not changed. We were disappointed that the Court postponed the Initial CMC and do not want to further delay either the Initial CMC or the Rule 26 meet & confer process. We believe it is important to get started with disclosures and discovery, and are not interested in have this case just sit around until the Initial CMC. It also appears to us that your request may be part of a strategy to resist any activity or prosecution in the California Action while pressing the New York Action, in furtherance of Greystone's forum shopping. Moreover, in light of Greystone Servicing's ongoing interference with our clients' efforts to mitigate damages and complete the transaction , we are particularly disinclined to agree to any further delay in the Initial CMC, or to delay disclosures, discovery or prosecution of our clients' case.

We are, however, still willing to stipulate to advance the hearing on your motion to transfer to a mutually convenient date. Should you decide to move to delay the Initial CMC, we will likely cross-move for early discovery and disclosures.

Finally, although I see no reason why your motion would need to be on shortened time, please be advised that I will be out of the country from December 4 through December 12, during which period I will be unavailable to appear on any ex parte matter or to prepare any opposition to your motion. Given that the nature of your motion is to further postpone a February hearing , I see no reason why you need rush to file such a motion.

Ann Draper
      Ann M. Draper
      Farber & Company Attorneys, LLP

847 Sansome Street, Suite LL
San Francisco, California 94111
tel. 415-434-5320 x108
fax. 415-434-5380
www.farberandco.com

FARBER & COMPANY
ATTORNEYS, LLP
Confidentiality Notice

This Transmission is intended only for the use of the individual or Entity to which it is addressed and may contain confidential information belonging to the server which is protected by the Attorney -Client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance on the contents of this information is strictly prohibited. If you have received this information in error, immediately notify us by telephone to arrange for its return .

-----Original Message-----
From: Erik K Swanholt [mailto:ekswanholt@JonesDay.com]
Sent: Saturday, November 24, 2007 1:38 PM
To: Ann Draper
Subject: Santa Fe adv. Greystone

Ann,

I write to follow-up on our telephone conversation of last Friday, November 16 and my unreturned voice mail of Monday, November 19 regarding Greystone's request that Santa Fe stipulate to continuing the Initial Case Management Conference from February 8, 2008 to February 29, 2008. Recall that the CMC is now scheduled for the same date at Greystone's Motion to Transfer this matter to the SDNY.

As we discussed, it makes sense to continue the CMC to a date after which the parties are likely to receive the Court's ruling on Greystone's Motion to Transfer. This is true, among many other reasons, because, if the Court agrees to transfer the case to the New York venue, it would be a terrific waste of resources for the parties to engage in Rule 16/26 discussions when those discussions would be better held by New York counsel for the parties and with that judge and venue in mind. In addition, continuing the CMC preserves the Court's resources in that it will not be required to receive, review and prepare for an initial CMC that would be mooted by an order transferring the matter to New York. Further, the parties clearly will suffer no prejudice by a short 3-week continuance of the CMC. There can be no good faith basis to refuse to stipulate to this request for this simple courtesy.

I am hopeful that we can agree to the requested continuance. I look forward to hearing from you by Monday or Tuesday of next week (the 26th or 27th) as any further delay may prejudice my client's ability to move the Court for an continuance of the CMC. As you are no doubt aware, if, for some reason, you refuse to stipulate, I will be forced to request a continuance from the Court directly.

I look forward to hearing from you.

Erik K. Swanholt
Jones Day
555 South Flower Street, 50th Floor
Los Angeles, CA 90071

ekswanholt@jonesday.com
Tel: (213) 243-2639
Fax: (213) 243-2539

==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our records
can be corrected.
==========