Eric J. Farber, SBN 169472
Ann McFarland Draper, SBN 065669
FARBER & COMPANY ATTORNEYS, P.C.
847 Sansome Street, Ste. LL
San Francisco, California 94111
Telephone: 415.434.5320
Facsimile: 415.434.5380
Email: eric@farberandco.com
Email: ann.draper@farberandco.com

Attorneys for Plaintiffs Santa Fe Pointe,
LP, Santa Fe Management, LLC,
Rant, LLC, and Theotis F. Oliphant

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| SANTA FE POINTE, LP, et al,<br><br>Plaintiffs,<br>vs.<br>GREYSTONE SERVICING CORPORATION, INC., et al,<br><br>Defendants. | **Case No.: C07-05454 JCS**<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DELAY CASE MANAGEMENT CONFERENCE, AND GRANTING PLAINTIFFS' CROSS-MOTION TO ADVANCE HEARING ON DEFENDANTS' MOTION TO TRANSFER AND ALLOW DISCOVERY**<br><br>No Hearing Scheduled [Civil L.R. 7-11(c)] |

On December ___, 2007, the motion of Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC ("Defendants") requesting administrative relief in the form of a continuance of the initial case management conference, and the cross-motion of Plaintiffs Santa Fe Point, LLP, et al, requesting administrative relief to (A) advance the hearing date on the motion to transfer rather than delaying the Initial CMC beyond February 8, 2008, (B) order the parties to make their Initial Disclosures within two (2) weeks, and (C) allow the parties to commence discovery in this case forthwith, was submitted to the above-entitled Court before the Honorable Joseph C. Spero, United States Magistrate Judge presiding. Pursuant to Civil Local Rule 7-11(c), the Court finds the matter suitable for decision without oral argument.

After consideration of the moving and opposing papers, if any, filed in connection with this Motion and cross-motion, and finding good cause therefor,

IT IS HEREBY ORDERED that:

1. Defendants' motion for continuance of initial case management conference is DENIED;

2. Plaintiffs' motion to advance the hearing date on Defendants' motion to transfer this case to the Southern District of New York is GRANTED;

3. Defendants' motion to transfer this case to the Southern District of New York shall be heard in this Court on _____, 200__, at _____ a.m.;

4. Plaintiffs' motion to order Initial Disclosures and allow the parties to commence discovery is GRANTED;

5. The parties shall exchange their Initial Disclosures not later than January ___, 2008;

6. The parties may commence discovery in this case forthwith.

DATED: December __, 2007

_____

Honorable Joseph C. Spero
United States District Court,
Northern District of California

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*     - 2
[Proposed] Order Denying and Granting Administrative Relief
Farber & Company Attorneys, P.C.