1
2
3
4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6   SANTA FE POINTE, LP,                        Case No.  07-05454 JCS

7              Plaintiff(s),
                                                **ORDER DENYING DEFENDANTS'**
8        v.                                      **MOTION FOR CONTINUANCE OF**
                                                 **INITIAL CASE MANAGEMENT**
9   GREYSTONE SERVICING                          **CONFERENCE [Docket No. 24] AND**
    CORPORATION, INC., ET AL.,                   **DENYING PLAINTIFF'S CROSS-**
10                                               **MOTION TO ADVANCE THE HEARING**
                                                 **ON DEFENDANTS' MOTION TO**
11             Defendant(s).                     **TRANSFER AND ALLOW DISCOVERY**
    _____/           **[Docket No. 25]**
12

13        IT IS HEREBY ORDERED that Defendants' Motion For Continuance of Initial Case

14   Management Conference, and Plaintiff's Cross-Motion to Advance the Hearing on Defendants'

15    Motion to Transfer and Allow Discovery are DENIED.

16        IT IS SO ORDERED.

17

18   Dated:  December 19, 2007

19                                               _____
                                                 JOSEPH C. SPERO
20                                               United States Magistrate Judge

21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California