UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SANTA FE POINTE, LP, et al.,  
        Plaintiff(s),

v.

GREYSTONE SERVICING CORPORATION, INC., et al.  
        Defendant(s).

Case No. C07-05454 JCS

PLAINTIFFS'
ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/16/08

Dated: 1/16/08

[Party] PLAINTIFF

[Counsel]
William W. Schofield
Attorney for Plaintiffs

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05