Mark D. Kemple (State Bar No. 145219)
Erik K. Swanholt (State Bar No. 198042)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:   (213) 489-3939
Facsimile:     (213) 243-2539
Email: mkemple@jonesday.com
Email: ekswanholt@jonesday.com

Attorneys for Defendants
Greystone Servicing Corporation, Inc., and
Greystone CDE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, and Oklahoma limited partnership; SANTA FE MANAGEMENT, LLC, an Oklahoma limited liability company; RANT, LLC, a Delaware limited liability company; and THEOTIS F. OLIPHANT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTONE SERVICING CORPORATION., a Georgia corporation; GREYSTONE CDE, LLC, a Delaware limited liability company; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO. C 07-05454 JCS<br><br>NOTICE OF ERRATA RE: DECLARATION OF MATTHEW JAMES IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE (INADVERTENTLY FILED WITH INCOMPLETE EXHIBIT 1)<br><br>Date:     February 8, 2008<br>Time:    9:30 a.m.<br>Ctrm:    A (15th Floor) |

LAI-2926711v1

Notice of Errata re Decl. of Matthew James
ISO Defs.' Reply ISO Mot. to Transfer
C 07-05454 JCS

**TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 28, 2008 Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC (collectively "Defendants" or "Greystone") filed this "Notice of Errata re Declaration of Matthew James in Support of Defendants' Reply in Support of Defendants' Motion to Transfer Venue." The first page of Exhibit 1 to the previously filed and served Declaration of Matthew James (doc. # 22, pt. 2) is inadvertently incomplete due to an error in the scanning of that document. Defendants hereby request that the complete Exhibit 1 (proposal letter dated December 4, 2006 from Greystone to Plaintiff Theotis F. Oliphant), attached hereto, be substituted in its place. The addition of the correct and complete Exhibit 1, previously identified in the Declaration of Matthew James at paragraph 15 (doc. # 22, pt. 2), is the only change to the original filing. No changes were made within the body of Exhibit 1.

Dated: January 28, 2008               JONES DAY

                                      By: /s/ Erik K. Swanholt
                                          Mark D. Kemple
                                          Erik K. Swanholt

                                      Attorneys for Defendants Greystone Servicing
                                      Corporation, Inc. and Greystone CDE, LLC

## CERTIFICATE OF SERVICE

I, Martha Espelage-Alvarez, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071-2300. On January 28, 2008, I served a copy of the within document(s):

**NOTICE OF ERRATA RE: DECLARATION OF MATTHEW JAMES IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE (INADVERTENTLY FILED WITH INCOMPLETE EXHIBIT 1)**

- ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

- ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

- ☐ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

- ☒ by electronically filing such document(s) through the United States District Court for the Northern District of California CM/ECF which will send electronic notification of such filing to the following registered users:

Eric J. Farber, Esq.                    *Attorneys for Plaintiffs*
Ann McFarland Draper, Esq.
FARBER & COMPANY
ATTORNEYS, LLP
847 Sansome St., Suite LL
San Francisco, CA 94111
Phone: (415) 434-5320
Fax: (415) 434-5380

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

LAI-2920991v1                                                                                PROOF OF SERVICE

motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 28, 2008, at Los Angeles, California.

_____
Martha Espelage-Alvarez

LAI-2920991v1

- 2 -

PROOF OF SERVICE