Eric J. Farber, SBN 169472
William W. Schofield, SBN 062674
FARBER & COMPANY ATTORNEYS, P.C.
847 Sansome Street, Ste. LL
San Francisco, CA  94111
Telephone:  (415) 434-5320
Facsimile:   (415) 434-5380
Email:  eric@farberandco.com
Email:  william.schofield@farberandco.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al., | Case No.: C07-05454 JCS |
| Plaintiffs, | |
| vs. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| GREYSTONE SERVICING CORPORATION, INC., et al., | **(CIVIL L.R. 3-16)** |
| Defendants. | |

Plaintiffs Santa Fe Pointe, LP, Santa Fe Management, LLC, Rant, LLC, and Theotis F. Oliphant submit this Certification of Interested Entities or Persons.  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  January 31, 2008          FARBER & COMPANY ATTORNEYS, P.C.
                                                             Attorneys for Plaintiff

                                            By     /s/ *Eric Farber*_____
                                                   Eric J. Farber, SBN 169472

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*
**Certification of Interested Entities or Persons (Civil L.R. 3-16)**
Farber & Company Attorneys, P.C.

-1-

## PROOF OF SERVICE

I, ERIC J. FARBER, declare:

1. I am an attorney at law over the age of eighteen years of age and not a party to this action. My business address is 847 Sansome St., LL, San Francisco, CA 94111.

2. On January 31, 2008, I served true and correct copies of the foregoing pleading: **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on the interested parties by electronically filing such documents through the CM/ECF system of United States District Court for the Northern District of California, which will send electronic notification of such filing to the following registered users:

        Mark D. Kemple      mdkemple@jonesday.com

        Erik K. Swanholt      ekswanholt@jonesday.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 31$^h$ day of January, 2008, at San Francisco, California.

                                                /s/ *Eric J. Farber*
                                                Eric J. Farber

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*
**Certification of Interested Entities or Persons (Civil L.R. 3-16)**
Farber & Company Attorneys, P.C.
-2-