Eric J. Farber, SBN 169472
eric@farberandco.com
William W. Schofield, SBN 062674
william.schofield@farberandco.com
FARBER & COMPANY ATTORNEYS, P.C.
847 Sansome Street, Ste. LL
San Francisco, California 94111
Telephone 415.434.5320
Facsimile 415.434.5380

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al, <br><br> Plaintiffs, <br> vs. <br><br> GREYSTONE SERVICING CORPORATION, INC., et al, <br><br> Defendants. | Case No.: C07-05454 JCS <br><br> **PLAINTIFFS' OBJECTIONS TO THIRD DECLARATION OF MATT JAMES SUBMITTED IN SUPPORT OF MOTION TO TRANSFER VENUE** <br><br> Date: February 8, 2008 <br> Time: 9:30 a.m. <br> Courtroom: A (15th Floor) <br> Judge: Hon. Joseph C. Spero |

Plaintiffs Santa Fe Pointe, LP, Santa Fe Management, LLC, Rant, LLC, and Theotis F. Oliphant hereby object to the following portions of the Declaration of Matt James dated January 28, 2008 submitted by Defendants in support with their Reply Brief in support of their motion to transfer this case to the Southern District of New York, and move to strike that evidence, as set forth below.

Declaration Para. 2: Lack of personal knowledge; hearsay; improper opinion testimony. Mr. James's statement that the December Proposal resulted from "Oliphant's request" (3:8) lacks foundation, is not shown to be based on personal knowledge (FRE 602) and appears to be based on inadmissible hearsay. FRE 801(c); 802; 803(6). More importantly, Mr. James has

1  mischaracterized the December Proposal as containing provision that the bridge loan was to be
2  "backed by Oliphant's personal guaranty" (3:10-11).  Nowhere in the December Proposal is there
3  any mention whatsoever of a personal guaranty from Mr. Oliphant.  The loan was to be recourse to
4  the borrower, which was Santa Fe Pointe, L.P., not Mr. Oliphant.  The collateral for the loan is
5  stated to be a pledge of personal property in the Project, not a guaranty from Mr. Oliphant.  The
6  only mention of a guaranty was a "limited recourse guaranty," which (as evidenced by the
7  "Developer Limited Guaranty" ultimately given by Rant LLC) was meant to oblige the guarantor
8  only to the extent of the underlying collateral, i.e., the personal property in the Project.  Mr. James's
9  statement concerning a personal guaranty from Mr. Oliphant is incorrect, and is improper opinion
10 testimony by a lay witness.  FRE 701.

12 DATED:  February 1, 2008.                    FARBER & COMPANY ATTORNEYS, PC

14                                              By _/s/ William W. Schofield_
                                                    Eric J. Farber
15                                                  William W. Schofield
                                                    Attorneys for Plaintiffs

PROOF OF SERVICE

I, ERIC J. FARBER, declare:

1. I am an attorney at law over the age of eighteen years of age and not a party to this action. My business address is 847 Sansome St., LL, San Francisco, CA 94111.

2. On February 1, 2008, I served true and correct copies of the foregoing pleading **PLAINTIFFS' OBJECTIONS TO THIRD DECLARATION OF MATT JAMES SUBMITTED IN SUPPORT OF MOTION TO TRANSFER VENUE** on the interested parties by electronically filing such documents through the CM/ECF system of United States District Court for the Northern District of California, which will send electronic notification of such filing to the following registered users:

        Mark D. Kemple        mdkemple@jonesday.com

        Erik K. Swanholt       ekswanholt@jonesday.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 1st day of February, 2008, at San Francisco, California.

                      */s/ Eric J. Farber*
                      Eric J. Farber