**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, | No. C 07-05454 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| GREYSTONE SERVICING CORP., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Initial Case Management Conference before Magistrate Judge Spero previously noticed for February 8, 2008, at 9:30 a.m., has been reset to **THE SAME DAY, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

Dated:  February 5, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_____
    Karen L. Hom
    Courtroom Deputy