# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO. C 07-05454 JCS**

**CASE NAME: SANTA FE POINTE, LP v. GREYSTONE SERVICING CORPORATION, INC.**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: February 8, 2008   **TIME: 18 mins** | **COURT REPORTER**: <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>William W. Schofield | **COUNSEL FOR DEFENDANT:**<br>Mark Kemple |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Case Management Conference | Held |

**ORDERED AFTER HEARING:**

Parties stipulated to the filing of the 2nd amended complaint and Dft's agreed to accept service of the 2nd amended complaint.
This case shall be referred to private or the Court's ADR program for Mediation, to occur by the end of May 2008. The parties shall advise the Court in writing the selected type of mediation by 2/15/8. If the parties select private mediation, the letter shall reflect the name of the mediator and the mediation date.
An updated joint case management conference statement shall be due by May 30, 2008.

**ORDER TO BE PREPARED BY:**      () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO:**   06/06/08 at 1:30 p.m., for a further case mgmt conference.

Number of Depos: no more than 5 each side before the next fcmc. Counsel may take additional time with the witnesses as long as the first deposition is limited to some reasonable amount of time, unless stipulated by the parties.

**Discovery Cutoff: 10/31/08**      **Expert Disclosure: 11/10/08**      **Expert Discovery Cutoff: 12/15/08**

**Motions Hearing: 02/13/09 at 9:30 a.m.**      **Pretrial Conference: 05/01/09 at 1:30 p.m.**

**Trial Date:   05/11/09 at 8:30 a.m.  (X) Jury      ( )Court    Set for 10 days**

**cc:**      **Chambers; Karen**, ADR
* (T) = Telephonic Appearance