Eric J. Farber, SBN 169472
eric@farberandco.com
William W. Schofield, SBN 062674
william.schofield@farberandco.com
FARBER & COMPANY ATTORNEYS, P.C.
847 Sansome Street, Ste. LL
San Francisco, California 94111
Telephone 415.434.5320
Facsimile 415.434.5380

Attorneys for Plaintiffs Santa Fe Pointe,
LP, Santa Fe Management, LLC,
Rant, LLC, and Theotis F. Oliphant

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al,<br><br>　　　　　　　　Plaintiffs,<br>　　vs.<br><br>GREYSTONE SERVICING CORPORATION, INC., et al,<br><br>　　　　　　　　Defendants. | **Case No.: C07-05454 JCS**<br><br>**STIPULATION BY ALL PARTIES FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT [PROPOSED] ORDER THEREIN**<br><br>**Before the Honorable Joseph C. Spero** |

　　　　Plaintiffs Santa Fe Point, LP; Santa Fe Point, LP; Santa Fe Management, LLC; Rant, LLC; and Theotis F. Oliphant, and, Defendants Greystone Servicing Corporation, Inc and Greystone CDE, LLC by and through their respective attorneys have met and conferred regarding the filing of a Second Amended Complaint and agree and stipulate to allow Plaintiffs to file a Second Amended Complaint in this action.  Further, the parties further agreed that Defendants shall respond to such complaint pursuant to the Federal Rules of Civil Procedure.

///

///

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.* 　　　　　　　　- 1
Stipulation for Leave to File Second Amended Complaint
Farber & Company Attorneys, P.C.

Dated February 12, 2008                    FARBER & COMPANY ATTORNEYS, P.C.


By: /s/ *Eric Farber*
　　Eric J. Farber, SBN 169472
　　William W. Schofield, SBN 062674
　　Attorneys for Plaintiffs


Dated February 12, 2008                    JONES DAY


By: /s/ *Mark D. Kemple*
　　Mark D. Kemple, SBN 145219
　　Erik K. Swanholt, SBN 1980432
　　Attorneys for Defendants


### **ORDER**

Based on the Stipulation of the Parties and good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs shall be granted leave of court to file a Second Amended Complaint. It is further ordered that Defendants shall respond to the Second Amended Complaint according to the Federal Rules of Civil Procedure.


Dated:_____    _____
　　　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOSEPH C. SPERO

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*　　　- 2
Stipulation for Leave to File Second Amended Complaint
Farber & Company Attorneys, P.C.

PROOF OF SERVICE

I, ERIC J. FARBER, declare:

1. I am an attorney at law over the age of eighteen years of age and not a party to this action. My business address is 847 Sansome St., LL, San Francisco, CA 94111.

2. On February 12, 2008, I served true and correct copies of the foregoing pleading: **STIPULATION BY ALL PARTIES FOR LEAVE OF COURT TO FILE SECOND AMENDED COMPLAINT** on the interested parties by electronically filing such documents through the CM/ECF system of United States District Court for the Northern District of California, which will send electronic notification of such filing to the following registered users:

Mark D. Kemple       mdkemple@jonesday.com

Erik K. Swanholt     ekswanholt@jonesday.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 12th day of February, 2008, at San Francisco, California.

/s/ Eric J. Farber
Eric J. Farber

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*    - 3
Stipulation for Leave to File Second Amended Complaint
Farber & Company Attorneys, P.C.