Case 3:07-cv-05454-MMC    Document 43    Filed 02/12/2008    Page 1 of 3

1  Eric J. Farber, SBN 169472
   eric@farberandco.com
2  William W. Schofield, SBN 062674
   William.schofield@farberandco.com
3  FARBER & COMPANY ATTORNEYS, P.C.
   847 Sansome Street, Ste. LL
4  San Francisco, California 94111
   Telephone 415.434.5320
5  Facsimile 415.434.5380

6  Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| SANTA FE POINTE, LP, an Oklahoma limited partnership; SANTA FE MANAGEMENT, LLC, an Oklahoma limited liability company; RANT, LLC, a Delaware limited liability company; and THEOTIS F. OLIPHANT, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GREYSTONE SERVICING CORPORATION, INC., a Georgia corporation; GREYSTONE CDE, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br>Defendants. | **Case No.: C07-05454 JCS**<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>**BEFORE THE HONORABLE JOSEPH C. SPERO** |

Plaintiffs SANTA FE POINTE, LP, an Oklahoma limited partnership ("SFP"), THEOTIS F. OLIPHANT ("Oliphant"), an individual, and RANT, LLC, a Delaware limited liability company ("Rant"), hereby notify this Honorable Court that Counsel Ann McFarland Draper is no longer counsel to Plaintiffs.  Further, please add William Schofield to the court docket as counsel in the firm of Farber & Company Attorneys, P.C.

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*    - 1
Second Amended and Supplemental Complaint for Damages and Declaratory Relief
Farber & Company Attorneys, P.C.

Please amend the case docket to reflect this change of counsel and remove Ms. Draper from any further notices, including electronic regarding this case and add Counsel William Schofield of the firm Farber & Company Attorneys, P.C.

DATED: February 12, 2008                    FARBER & COMPANY ATTORNEYS, P.C.
                                            Attorneys for Plaintiff

                                            By   */s/ Eric Farber*
                                                 Eric J. Farber, SBN 169472

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*                    - 2
Second Amended and Supplemental Complaint for Damages and Declaratory Relief
Farber & Company Attorneys, P.C.

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I, ERIC J. FARBER, declare: |
| 3 | 1.  I am an attorney at law over the age of eighteen years of age and not a party to this |
| 4 | action. My business address is 847 Sansome St., LL, San Francisco, CA  94111. |
| 5 | 2.  On February 12, 2008, I served true and correct copies of the foregoing pleading: |
| 6 | **Notice of Change of Counsel** on the interested parties by electronically filing such documents |
| 7 | through the CM/ECF system of United States District Court for the Northern District of California, |
| 8 | which will send electronic notification of such filing to the following registered users: |
| 9 | Mark D. Kemple        mdkemple@jonesday.com |
| 10 | Erik K. Swanholt        ekswanholt@jonesday.com |
| 11 |   |
| 12 | I declare under penalty of perjury under the laws of the State of California that the foregoing |
| 13 | is true and correct and that this declaration was executed this 12th day of February 2008, at San |
| 14 | Francisco, California. |
| 15 |   |
| 16 |    /s/ |
| 17 | Eric Farber |

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*     - 3
Second Amended and Supplemental Complaint for Damages and Declaratory Relief
Farber & Company Attorneys, P.C.