1  Eric J. Farber, SBN 169472
   eric@farberandco.com
2  William W. Schofield, SBN 062674
   william.schofield@farberandco.com
3  FARBER & COMPANY ATTORNEYS, P.C.
   847 Sansome Street, Ste. LL
4  San Francisco, CA 94111
   Telephone:    (415) 434-5320
5  Facsimile:    (415) 434-5380

6  Attorneys for Plaintiffs

7  Mark D. Kemple (State Bar No. 145219)
   mkemple@jonesday.com
8  Erik K. Swanholt (State Bar No. 198042)
   ekswanholt@jonesday.com
9  JONES DAY
   555 South Flower Street
10 Fiftieth Floor
   Los Angeles, CA 90071-2300
11 Telephone:    (213) 489-3939
   Facsimile:    (213) 243-2539
12
   Attorneys for Defendants
13 GREYSTONE SERVICING CORPORATION, INC.
   AND GREYSTONE CDE, LLC
14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                   (SAN FRANCISCO DIVISION)

18

| | |
|---|---|
| 19  SANTA FE POINTE, LP, et al., | Case No. C07-05454 JCS |
| 20              Plaintiffs, | JOINT STATEMENT REGARDING MEDIATION PROCESS |
| 21        v. | Court:     A (15th Floor) |
| 22  GREYSTONE SERVICING CORPORATION, INC., et al., | |
| 23              Defendants. | |

24
25
26
27
28

LAI-2931478v1

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*
Joint Case Management Statement
C07-05454 JCS

1  Plaintiffs Santa Fe Pointe, LP, Santa Fe Management, LLC, Theotis F. Oliphant, and
2  Rant, LLC and Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC
3  submit this Joint Statement Regarding Mediation Process pursuant to the Court's Order dated
4  February 8, 2008.
5  The parties have agreed to be referred to the Court's ADR Program for Mediation, with
6  mediation to occur by the end of May 2008. The parties request that the Court issue an order
7  referring this matter to the ADR Program for Mediation.

Dated: February 15, 2008                    FARBER & COMPANY ATTORNEYS, P.C.

                                            By: /s/ William W. Schofield
                                                Eric J. Farber
                                                William W. Schofield

                                            Attorneys for Plaintiff

Dated: February 15, 2008                    JONES DAY

                                            By: /s/ Erik K. Swanholt
                                                Mark D. Kemple
                                                Erik K. Swanholt

                                            Attorneys for Defendants
                                            Greystone Servicing Corporation, Inc. and
                                            Greystone CDE, LLC

IT IS SO ORDERED

                                            _____
                                            Judge Joseph C. Spero

LAI-2931478v1

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*
Joint Case Management Statement
C07-05454 JCS

- 2 -