1  Eric J. Farber, SBN 169472
   eric@farberandco.com
2  William W. Schofield, SBN 062674
   william.schofield@farberandco.com
3  FARBER & COMPANY ATTORNEYS, P.C.
   847 Sansome Street, Ste. LL
4  San Francisco, CA 94111
   Telephone:   (415) 434-5320
5  Facsimile:   (415) 434-5380

6  Attorneys for Plaintiffs

7  Mark D. Kemple (State Bar No. 145219)
   mkemple@jonesday.com
8  Erik K. Swanholt (State Bar No. 198042)
   ekswanholt@jonesday.com
9  JONES DAY
   555 South Flower Street
10 Fiftieth Floor
   Los Angeles, CA 90071-2300
11 Telephone:   (213) 489-3939
   Facsimile:   (213) 243-2539
12
   Attorneys for Defendants
13 GREYSTONE SERVICING CORPORATION, INC.
   AND GREYSTONE CDE, LLC
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                       (SAN FRANCISCO DIVISION)

18

| | |
|---|---|
| 19  SANTA FE POINTE, LP, et al., | Case No. C07-05454 JCS |
| 20              Plaintiffs, | JOINT STATEMENT REGARDING MEDIATION PROCESS |
| 21       v. | Court:      A (15th Floor) |
| 22  GREYSTONE SERVICING CORPORATION, INC., et al., | |
| 23              Defendants. | |

24
25
26
27
28

LAI-2931478v1

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*
Joint Case Management Statement
C07-05454 JCS

Plaintiffs Santa Fe Pointe, LP, Santa Fe Management, LLC, Theotis F. Oliphant, and Rant, LLC and Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC submit this Joint Statement Regarding Mediation Process pursuant to the Court's Order dated February 8, 2008.

The parties have agreed to be referred to the Court's ADR Program for Mediation, with mediation to occur by the end of May 2008. The parties request that the Court issue an order referring this matter to the ADR Program for Mediation.

Dated: February 15, 2008

FARBER & COMPANY ATTORNEYS, P.C.

By: /s/ William W. Schofield
   Eric J. Farber
   William W. Schofield

Attorneys for Plaintiff

Dated: February 15, 2008

JONES DAY

By: /s/ Erik K. Swanholt
   Mark D. Kemple
   Erik K. Swanholt

Attorneys for Defendants
Greystone Servicing Corporation, Inc. and
Greystone CDE, LLC

IT IS SO ORDERED

Dated: Feb. 20, 2008

Judge [signature]
Judge Joseph C. Spero

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*
Joint Case Management Statement
C07-05454 JCS

LAI-2931478v1

- 2 -