United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, | Case No. 07-05454 JCS |
| Plaintiff(s), | |
| v. | **ORDER REFERRING CASE TO COURT'S ADR PROGRAM FOR MEDIATION** |
| GREYSTONE SERVICING CORPORATION, INC., ET AL., | |
| Defendant(s). | |

Pursuant to the Joint Statement Regarding Mediation Process, filed on February 15, 2008,

IT IS HEREBY ORDERED THAT this case shall be referred to the Court's ADR program for Mediation, to occur by the end of May 2008..

IT IS SO ORDERED.

Dated: February 20, 2008

JOSEPH C. SPERO
United States Magistrate Judge