# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Santa Fe Pointe, LP, | 07-05454 JCS MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Greystone Servicing Corporation, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Peter W. Sherwood**
Ninth Circuit Court of Appeals
95 7th St.
San Francisco, CA 94103
415-556-9912
Peter_Sherwood@CA9.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05454 JCS MED              - 1 -

1     Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 25, 2008

                                           RICHARD W. WIEKING
                                           Clerk
                                           by:    Alice M. Fiel

                                           _____
                                           ADR Case Administrator
                                           415-522-3148
                                           Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-05454 JCS MED                         - 2 -