1  Mark D. Kemple (State Bar No. 145219)
   Erik K. Swanholt (State Bar No. 198042)
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA  90071-2300
4  Telephone:    (213) 489-3939
   Facsimile:    (213) 243-2539
5  Email: mkemple@jonesday.com
   Email: ekswanholt@jonesday.com
6
   Attorneys for Defendants
7  Greystone Servicing Corporation, Inc., and Greystone
   CDE, LLC
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       (SAN FRANCISCO DIVISION)

12

13 | SANTA FE POINTE, LP, and Oklahoma          | CASE NO. C 07-05454 JCS
   | limited partnership; SANTA FE              |
14 | MANAGEMENT, LLC, an Oklahoma limited       | Assigned for all purposes to the
   | liability company; RANT, LLC, a Delaware   | Honorable Joseph C. Spero
15 | limited liability company; and THEOTIS F.  |
   | OLIPHANT, an individual,                   | [PROPOSED] ORDER GRANTING
16 |                                            | DEFENDANTS' MOTION TO DISMISS
   |              Plaintiffs,                   | PLAINTIFFS' SECOND AMENDED
17 |                                            | COMPLAINT
   |     v.                                     |
18 |                                            | [Defendants' Notice of Motion and
   | GREYSTONE SERVICING                        | Motion to Dismiss Pursuant to Rules 8(a),
19 | CORPORATION., a Georgia corporation;       | 12(b)(6), and 17(b), in Whole or in Part,
   | GREYSTONE CDE, LLC, a Delaware             | Plaintiffs' Second Amended Complaint;
20 | limited liability company; and DOES 1      | Memorandum of Points and Authorities
   | through 100 inclusive,                     | and Supporting Declaration Filed
21 |                                            | Concurrently Herewith]
   |              Defendants.                   |
22

23

24

25

26

27

28

LAI-2934216v1                                           [Proposed] Order on Motion to Dismiss
                                                                           C 07-05454 JCS

1  On March 3, 2008, the motion of Defendants Greystone Servicing Corporation, Inc. and
2  Greystone CDE, LLC ("Defendants") to dismiss Plaintiffs' Second Amended Complaint was
3  submitted to the above-entitled Court and, on April 18, 2008, came on for regular hearing in
4  Courtroom A (15th Floor) of the above-entitled Court before the Honorable Joseph C. Spero,
5  United States Magistrate Judge presiding.
6  After consideration of the moving and opposing papers filed in connection with this
7  motion, hearing oral arguments thereon, and finding good cause therefore,
8  IT IS HEREBY ORDERED that:
9  Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is GRANTED:
10  1. All causes of action asserted by Plaintiffs Santa Fe Pointe, LP, Santa Fe
11  Management, LLC and Rant LLC are DISMISSED with prejudice and without
12  leave to amend pursuant to Fed. R. Civ. P. 17(b) and Cal. Corp. Code §§ 17456(a),
13  15697(a);
14  2. Plaintiffs Theotis Oliphant, Rant, LLC and Santa Fe Management, LLC's claims
15  for negligence (first cause of action), breach of fiduciary duty (second cause of
16  action), and negligent interference with prospective economic advantage (fourth
17  cause of action) are DISMISSED with prejudice and without leave to amend
18  pursuant to Fed. R. Civ. P. 12(b)(6);
19  3. All Plaintiffs' claims for anticipatory repudiation (fifth cause of action) and breach
20  of the implied covenant of good faith and fair dealing (sixth cause of action) are
21  DISMISSED with prejudice and without leave to amend pursuant to Fed. R. Civ.
22  P. 8(a)
23  
24  DATED: _____, 2008
25  
26  Honorable Joseph C. Spero
   United States District Court,
   Northern District of California
27  
28