Eric J. Farber, SBN 169472
eric@farberandco.com
William W. Schofield, SBN 062674
william.schofield@farberandco.com
FARBER & COMPANY ATTORNEYS, P.C.
847 Sansome Street, Ste. LL
San Francisco, California 94111
Telephone 415.434.5320
Facsimile 415.434.5380

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al.<br><br>      Plaintiffs,<br><br> vs.<br><br>GREYSTONE SERVICING CORPORATION, INC., et al.,<br><br>      Defendants. | Case No.: C07-05454 JCS<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO MOTION TO DISMISS**<br><br>Date: April 18, 2008<br>Time: 9:30 a.m.<br>Ctrm: A (15th Flr.)<br>Before: Hon. Joseph C. Spero |

  I, William W. Schofield say:

  1. I am an attorney at law licensed to practice before this Court and am employed by Farber & Company Attorneys, P.C., attorneys for Plaintiffs in this action. I have personal knowledge of the facts stated in this Declaration, except those stated on information and belief, and if called as a witness could competently testify to them.

  2. I have been provided the documents attached to this Declaration—copies of Certificates of Registration with the Secretary of State for Santa Fe Pointe, L.P. and Santa Fe Pointe Management—by Plaintiff Theotis Oliphant. These Certificates indicate those entities

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corp., et al.* (C07-05454 JCS)  - 1
Plaintiffs' Request for Judicial Notice in Opposition to Motion To Dismiss

1 | have registered as foreign corporations with the Secretary of State and are qualified to transact
2 | intrastate business in the State of California, effective on March 10, 2008.
3 |     I declare under penalty of perjury under the laws of the United States of America that the
4 | foregoing is true and correct and that this Declaration is signed on March 28, 2008 in San
5 | Francisco, California.

                                  By /s/ *William W. Schofield*
                                      William W. Schofield

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corp., et al.* (C07-05454 JCS)     - 2
Plaintiffs' Request for Judicial Notice in Opposition to Motion To Dismiss

PROOF OF SERVICE

I, Eric J. Farber, declare:

1.    I am an attorney at law over the age of eighteen years of age and not a party to this action. My business address is 847 Sansome St., LL, San Francisco, CA 94111.

2.    On March 28, 2008, I served true and correct copies of the foregoing pleading: **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** on the interested parties by electronically filing such documents through the CM/ECF system of the United States District Court for the Northern District of California, which will send electronic notification of such filing to the following registered users:

        Mark D. Kemple      mdkemple@jonesday.com

        Erik K. Swanholt     ekswanholt@jonesday.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 28th day of March 2008, at San Francisco, California.

                                        /s/ *Eric J. Farber*
                                         Eric J. Farber