# State of California
## Secretary of State

# CERTIFICATE OF REGISTRATION

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That on the **10Th day of March, 2008**, **SANTE FE POINTE MANAGEMENT LLC**, complied with the requirements of California law in effect on that date for the purpose of registering to transact intrastate business in the State of California; and further purports to be a limited liability company organized and existing under the laws of **Oklahoma** as **SANTE FE POINTE MANAGEMENT LLC** and that as of said date said limited liability company became and now is duly registered and authorized to transact intrastate business in the State of California, subject, however, to any licensing requirements otherwise imposed by the laws of this State.

**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of March 15, 2008.



**DEBRA BOWEN**
**Secretary of State**

ava

OSP 06 99731

# State of California
## Secretary of State



I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of _____ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

MAR 1 5 2008

_____

DEBRA BOWEN
Secretary of State

Sec/State Form CE-107 (REV 1/2007)                    OSP 06 99734

LLC-5    File # __2 0 0 8 0 7 3 1 0 2 6 5__



## State of California
### Secretary of State

## LIMITED LIABILITY COMPANY APPLICATION FOR REGISTRATION

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

**MAR 1 0 2008**

A **$70.00 filing fee AND a certificate of good standing from an authorized public official of the jurisdiction of formation must accompany this form.**

**IMPORTANT – Read instructions before completing this form.**

This Space For Filing Use Only

---

**ENTITY NAME** (End the name in Item 1 with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1. NAME UNDER WHICH THE FOREIGN LIMITED LIABILITY COMPANY PROPOSES TO REGISTER AND TRANSACT BUSINESS IN CALIFORNIA

   Santa Fe Pointe Management LLC

2. NAME OF THE FOREIGN LIMITED LIABILITY COMPANY, IF DIFFERENT FROM THAT ENTERED IN ITEM 1 ABOVE

---

**DATE AND PLACE OF ORGANIZATION**

3. THIS FOREIGN LIMITED LIABILITY COMPANY WAS FORMED ON __10__ - __16__ - __06__ IN __Oklahoma__
   (MONTH)   (DAY)   (YEAR)        (STATE OR COUNTRY)

   AND IS AUTHORIZED TO EXERCISE ITS POWERS AND PRIVILEGES IN THAT STATE OR COUNTRY.

---

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both Items 4 and 5 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 4 must be completed (leave Item 5 blank).

4. NAME OF AGENT FOR SERVICE OF PROCESS

   Theo F. Oliphant

5. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA    CITY    STATE    ZIP CODE

   436 14th Street, Suite 716                          Oakland    CA    94612

---

**APPOINTMENT** (The following statement is required by statute and should not be altered.)

6. IN THE EVENT THE ABOVE AGENT FOR SERVICE OF PROCESS RESIGNS AND IS NOT REPLACED, OR IF THE AGENT CANNOT BE FOUND OR SERVED WITH THE EXERCISE OF REASONABLE DILIGENCE, THE SECRETARY OF STATE OF THE STATE OF CALIFORNIA IS HEREBY APPOINTED AS THE AGENT FOR SERVICE OF PROCESS OF THIS FOREIGN LIMITED LIABILITY COMPANY.

---

**OFFICE ADDRESSES** (Do not abbreviate the name of the city.)

7. ADDRESS OF THE PRINCIPAL EXECUTIVE OFFICE    CITY AND STATE    ZIP CODE

   16416 Oconee Creek                        Edmond, OK    73013

8. ADDRESS OF THE PRINCIPAL OFFICE IN CALIFORNIA, IF ANY    CITY    STATE    ZIP CODE

                                                              CA

---

**EXECUTION**

9. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

   _March 4, 2008_
   DATE

   _Theo F. Oliphant_
   SIGNATURE OF AUTHORIZED PERSON

   Theo F. Oliphant, Managing Member
   TYPE OR PRINT NAME AND TITLE OF AUTHORIZED PERSON

---

LLC-5 (REV 04/2007)                                          APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State

## CERTIFICATE OF REGISTRATION

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That on the **10Th day of March, 2008, SANTA FE POINTE, L.P.** , complied with the requirements of California law in effect on that date for the purpose of registering to transact intrastate business in the State of California; and further purports to be a limited partnership organized and existing under the laws of the State of **Oklahoma** as **SANTA FE POINTE, L.P.** and that as of said date said limited partnership became and now is duly registered and authorized to transact intrastate business in the State of California,

SUBJECT, HOWEVER, TO:

(a)    any licensing requirements otherwise imposed by the laws of this State and

(b)    that subject limited partnership shall transact all intrastate business within this State under the above name elected it.

**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of March 15, 2008.



**DEBRA BOWEN**
**Secretary of State**

NP-25 (REV 1/2007)

ava

OSP 06 99731

# State of California
## Secretary of State



I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ___1___ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

MAR 1 5 2008

_____

DEBRA BOWEN
Secretary of State

Sec/State Form CE-107 (REV 1/2007)                                    OSP 06 99734

2 0 0 8 0 7 2 0 0 0 1 2



LP-5    File # _____

# State of California
## Secretary of State

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

**MAR 1 0 2008**

## FOREIGN LIMITED PARTNERSHIP
## APPLICATION FOR REGISTRATION

A $70.00 filing fee AND a certificate of good standing by an authorized public official of the jurisdiction of formation must accompany this form.

**IMPORTANT — Read instructions before completing this form.**

This Space For Filing Use Only

**ENTITY NAME** (See instructions for name requirements in the State of California.)

1. NAME OF FOREIGN LIMITED PARTNERSHIP

Santa Fe Pointe, L.P.

2. ALTERNATE NAME (If the name in item 1 does not comply with the requirements of California Corporations Code section 15901.08. See instructions)

**OFFICE ADDRESSES** (Please do not abbreviate the name of the city.)

| | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 3. ADDRESS OF PRINCIPAL OFFICE | | | |
| 16416 Oconee Creek | Edmond | OK | 73013 |
| 4. ADDRESS OF OFFICE REQUIRED IN THE JURISDICTION OF FORMATION, IF ANY | CITY | STATE | ZIP CODE |
| 16416 Oconee Creek | Edmond | OK | 73013 |

**DATE AND PLACE OF ORGANIZATION**

5. THE FOREIGN LIMITED PARTNERSHIP WAS FORMED ON __10__ - __16__ - __06__ UNDER THE LAWS OF __Oklahoma__
   (MONTH)   (DAY)   (YEAR)                          (STATE OR COUNTRY)

**INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA** (If the initial agent is an individual, the agent must reside in California and both items 6 and 7 must be completed. If the initial agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and item 6 must be completed (leave item 7 blank).)

6. NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Theo F. Oliphant

| 7. IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CA | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 436 14th Street, Suite 716 | Oakland | CA | 94612 |

**GENERAL PARTNERS** (Enter the names and addresses of all the general partners. Attach additional pages, if necessary. Attachments, if any, are incorporated herein by this reference and made part of this document.)

| 8a. NAME | ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| RANT LLC | 436 14th Street, Suite 716 | Oakland | CA | 94612 |
| 8b. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| | | | | |

**FOREIGN LIMITED LIABILITY LIMITED PARTNERSHIP**

9. ☐ CHECK THIS BOX IF THE FOREIGN LIMITED PARTNERSHIP IS A FOREIGN LIMITED LIABILITY LIMITED PARTNERSHIP.

**EXECUTION** (This document must be signed by at least one general partner of the foreign limited partnership. If additional signature space is necessary, the signatures may be made on an attachment to this document.)

10. I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED.

_March 4, 2008_
DATE

_Theo F. Oliphant_ (signature)
SIGNATURE OF GENERAL PARTNER

Theo Oliphant, Managing Member of General Partner
TYPE OR PRINT NAME OF GENERAL PARTNER

LP-5 (REV 01/2008)                          APPROVED BY SECRETARY OF STATE