UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, ET AL., | Case No. C-07-05454 JCS |
| Plaintiffs,<br>v.<br>GREYSTONE SERVICING CORP., INC., ET AL.,<br>Defendants.<br>_____/ | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF FEBRUARY 4, 2008 ORDER DENYING DEFENDANTS' MOTION TO TRANSFER VENUE, SETTING BRIEFING AND HEARING SCHEDULE FOR MOTION TO RECONSIDER , AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE [Docket Nos. 49, 50]** |

Defendants bring a motion seeking leave to file a motion for reconsideration of the Court's February 4, 2008 decision denying their motion to transfer ("the Motion for Leave"). In light of developments in the New York Action, the Court GRANTS the Motion for Leave, which shall be deemed Defendants' motion for reconsideration. Plaintiffs may file an Opposition brief no later than April 18, 2008. Defendants' Reply shall be filed no later than April 25, 2008. A hearing on the motion to reconsider is set for **May 9, 2008 at 9:30 a.m.**

Defendants' Motion to Dismiss [Docket No. 49] is denied without prejudice to refiling the motion after the motion for reconsideration has been decided. Accordingly, the hearing scheduled for **April 18, 2008** at 9:30 a.m. is **vacated**.

IT IS SO ORDERED.

Dated: April 3, 2008

JOSEPH C. SPERO
United States Magistrate Judge