1  Eric J. Farber (SBN: 169472)
   efarber@pinnaclelawgroup.com
2  William W. Schofield (SBN: 062674)
   wschofield@pinnaclelawgroup.com
3  Kevin F. Rooney (SBN 184096)
   krooney@pinnaclelawgroup.com
4  Pinnacle Law Group LLP
   425 California Street, Suite 1800
5  San Francisco, California 94104
   Telephone: (415) 394-5700
6  Facsimile: (415) 394-5003

7  Attorneys for Plaintiffs SANTA FE POINTE, LP,
   SANTA FE MANAGEMENT, LLC, RANT, LLC,
8  and THEOTIS OLIPHANT

9
                    IN THE UNITED STATES DISTRICT COURT
10
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13 | SANTA FE POINTE, LP, et al.,           **Case No. C-07-05454 JCS**

14 |              Plaintiffs,                **NOTICE OF CHANGE OF ATTORNEY INFORMATION**
   |         vs.

15 | GREYSTONE SERVICING
   | CORPORATION, INC., et al.,
16
   |              Defendants.
17

18
       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
19
       PLEASE TAKE NOTICE that, effective as of the date of this filing, the firm of FARBER
20
& COMPANY ATTORNEYS, P.C., counsel for Plaintiffs Santa Fe Pointe, LP, Santa Fe
21
Management, LLC, Rant, LLC and Theotis F. Oliphant, shall be known as PINNACLE LAW
22
GROUP, LLP.
23
       The firm's physical and mailing address, e-mail addresses, telephone and facsimile
24
numbers have also changed.  The new contact information for attorneys for Plaintiff is as follows:
25

26 Pinnacle Law Group LLP
   425 California Street, Suite 1800
27 San Francisco, California 94104
   Telephone: (415) 394-5700
28 Facsimile: (415) 394-5003

Greensfelder, Hemker & Gale, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, Missouri 63102-1747
(314) 241-9090

Case No. C-07-05454                                    NOTICE OF CHANGE OF
                                                       ATTORNEY INFORMATION

1 | Eric J. Farber's new email address:         efarber@pinnaclelawgroup.com

2 | William W. Schofield's new email address:   wschofield@pinnaclelawgroup.com

3

4     PLEASE TAKE FURTHER NOTICE that Kevin F. Rooney, State Bar Number 184096,

5 is to be added as counsel of record. Kevin F. Rooney's email address is:

6     krooney@pinnaclelawgroup.com

7     This constitutes my Notice of Appearance to appear as counsel of record for the party(s)

8 listed above in the above-entitled action.

9 Dated: April 18, 2008.         PINNACLE LAW GROUP, LLP
                                 Attorneys for Plaintiffs

                                         By /s/ *Eric J. Farber*
                                             Eric J. Farber

Greensfelder, Hemker & Gale, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, Missouri 63102-1747
(314) 241-9090

Case No. C-07-05454      - 2 -      NOTICE OF CHANGE OF ATTORNEY INFORMATION

## PROOF OF SERVICE

I, Eric J. Farber, declare:

1. I am an attorney at law over the age of eighteen years of age and not a party to this action. My business address is 425 California Street, #1800, San Francisco, CA 94104.

2. On April 18, 2008, I served true and correct copies of the foregoing pleading: **NOTICE OF CHANGE OF ATTORNEY INFORMATION** on the interested parties by electronically filing such documents through the CM/ECF system of the United States District Court for the Northern District of California, which will send electronic notification of such filing to the following registered users:

        Mark D. Kemple      mdkemple@jonesday.com

        Erik K. Swanholt     ekswanholt@jonesday.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 18th day of April 2008, at San Francisco, California.

                                /s/   *Eric J. Farber*
                                    Eric J. Farber

Greensfelder, Hemker & Gale, P.C.
2000 Equitable Building
10 South Broadway
St. Louis, Missouri 63102-1747
(314) 241-9090

Case No. C-07-05454        - 3 -       NOTICE OF CHANGE OF ATTORNEY INFORMATION