Eric J. Farber (SBN: 169472)
efarber@pinnaclelawgroup.com
William W. Schofield (SBN: 062674)
wschofield@pinnaclelawgroup.com
Kevin F. Rooney (SBN: 184096)
krooney@pinnaclelawgroup.com
Pinnacle Law Group LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone: (415) 394-5700
Facsimile: (415) 394-5003

Attorneys for Plaintiffs SANTA FE POINTE, LP,
SANTA FE MANAGEMENT, LLC, RANT, LLC,
and THEOTIS OLIPHANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al. <br><br> Plaintiffs, <br> vs. <br><br> GREYSTONE SERVICING CORPORATION, INC., et al., <br><br> Defendants. | Case No.: C07-05454 JCS <br><br> **DECLARATION OF WILLIAM W. SCHOFIELD IN OPPOSITION TO MOTION TO RECONSIDER** <br><br> Date:     May 9, 2008 <br> Time:    9:30 a.m. <br> Ctrm:    A (15th Flr.) <br> Before:  Hon. Joseph C. Spero |

I, William W. Schofield, say:

1.  I am an attorney at law licensed to practice before this Court and am employed by Pinnacle Law Group, LLP, attorneys for Plaintiffs in this action. I have personal knowledge of the following facts and could and would testify to them if called as a witness.

2.  A true copy of the Court's February 4, 2008 Order Denying Greystone's Motion to Transfer Venue is attached as Exhibit A.

3.  At the Court's February 8, 2008 Case Management Conference, the Court ordered the parties to complete initial discovery and engage in Alternative Dispute Resolution in this case

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corp., et al.* (C07-05454 JCS)     - 1
Schofield Declaration in Opposition to Motion To Reconsider

no later than the end of May 2008. The Court has scheduled a further Case Management Conference for early June 2008.

4. To meet these deadlines, and to assure a meaningful mediation, the parties have engaged in active discovery. The parties exchanged initial F.R.C.P. Rule 26(f) disclosures of witnesses and documents to support their claims on February 1, 2008. The parties propounded interrogatories and Requests for Production in February 2008, and responded to the interrogatories and Requests for Production in March 2008. Additionally, each of the four Plaintiffs separately responded to more than 50 Requests for Admission in March 2008.

5. The parties have agreed to Court-Sponsored mediation as the ADR option, and the Court has so ordered. The Court-appointed mediator is Peter W. Sherwood, Esq.

6. The parties have had the initial conference call with Mr. Sherwood, discussed the facts of the case, and have been given a briefing and mediation schedule. An all-day mediation is scheduled for May 22, 2008, and mediation briefs are due a week before the mediation.

7. Presently pending before the Honorable Robert P. Patterson of the Southern District of New York is the motion of my clients to transfer venue of that case to the Northern District of New York. The moving memorandum of points and authorities is attached as Exhibit 1 to the Declaration of Greystone's counsel Erik K. Swanholt submitted in support of this motion. True copies of the opposition brief submitted on behalf of Greystone and the reply brief submitted on behalf of my clients are attached to this Declaration as Exhibits B and C, respectively.

8. Judge Patterson has not ruled on the motion to transfer venue.

9. It is my understanding that no discovery has commenced in the New York Action, and that the parties have yet to even make their F.R.C.P. Rule 26(f) disclosures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is made in San Francisco, California on April 16, 2008.

                                     /s/ *William W. Schofield*
                                     William W. Schofield

---

**DECLARATION OF ERIC J. FARBER REGARDING NON-ECF USER'S SIGNATURE**

I, Eric J. Farber, declare:

William W. Schofield, a signatory to this document, is not an ECF User.

I am a registered ECF User and hereby attest that concurrence in the filing of the document has been obtained from the other signatory, William W. Schofield, which shall serve in lieu of his signature on the document. I maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 18th day of April 2008, at San Francisco, California.

    /s/   *Eric J. Farber*
           Eric J. Farber

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corp., et al.* (C07-05454 JCS)   - 3
Schofield Declaration in Opposition to Motion To Reconsider

PROOF OF SERVICE

I, Eric J. Farber, declare:

1. I am an attorney at law over the age of eighteen years of age and not a party to this action. My business address is 425 California Street, #1800, San Francisco, CA 94104.

2. On April 18, 2008, I served true and correct copies of the foregoing pleading: **DECLARATION OF WILLIAM W. SCHOFIELD IN OPPOSITION TO MOTION TO RECONSIDER** on the interested parties by electronically filing such documents through the CM/ECF system of the United States District Court for the Northern District of California, which will send electronic notification of such filing to the following registered users:

    Mark D. Kemple    mdkemple@jonesday.com

    Erik K. Swanholt    ekswanholt@jonesday.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 18th day of April 2008, at San Francisco, California.

                                  /s/   *Eric J. Farber*
                                      Eric J. Farber