UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, ET AL., | Case No. C-07-05454 JCS |
| Plaintiffs,<br>v. | **ORDER CONTINUING HEARING ON MOTION FOR RECONSIDERATION** |
| GREYSTONE SERVICING CORP., INC., ET AL., | |
| Defendants. | |

In its April 3, 2008 Order, the Court granted Defendants' motion for leave to file a motion for reconsideration of the Court's February 4, 2008 decision denying Defendants' motion to transfer ("the motion for reconsideration") and set a hearing on that motion for May 9, 2000. In the meantime, a motion to transfer to this Court is currently under submission in the United States District Court for the Southern District of New York in *Greystone CDE, LLC v. Santa Fe Pointe, LP*, Case No. 07-8377 ("the New York Action"). Because the outcome of that motion will have significant implications as to the motion for reconsideration pending in this Court, the Court continues the hearing on Defendants' motion for reconsideration to **July 25, 2008 at 9:30 a.m.**, pending determination of the motion to transfer in the New York Action. The parties are instructed to notify the Court when the New York court issues its ruling on the motion to transfer.

IT IS SO ORDERED.

Dated: April 24, 2008

JOSEPH C. SPERO
United States Magistrate Judge