

# PINNACLE LAW GROUP LLP

April 28, 2008

Magistrate Judge Joseph C. Spero
United States District Court for the Northern District of California
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, CA 94102

Re: Santa Fe Pointe, LP, et al. v. Greystone Servicing Corp., Inc., et al.
Action No. C07-05454 JCS

Dear Judge Spero:

We have received Greystone's April 25, 2008 letter to the Court, which purports to seek "clarification" of the Court's April 24, 2008 Order. Greystone's letter is simply an *Ex Parte* motion to stay proceedings.

Plaintiffs strongly object to any stay and disagree that such a stay is "implicit in the Court's Order."

To the contrary, at the Case Management Conference on February 8, 2008, the Court ordered the parties to conduct enough discovery to enable the parties to engage in a meaningful mediation session. The Court further ordered the parties to conclude that mediation by the end of May 2008 and to report to the Court at a follow-up Case Management Conference in early June 2008. Plaintiffs have proceeded with that timeline in mind and there is presently scheduled a full day mediation on May 22, 2008 before Peter Sherwood (as well as a conference call with Mr. Sherwood on May 12, 2008).

Plaintiffs advised the Court of these dates in their opposition to Greystone's motion for reconsideration. That the Court did not stay proceedings or alter this agreed-upon schedule makes clear that the Court wishes the parties to proceed with it, and Plaintiffs intend to do so. The pending motion to transfer venue in New York has no bearing on this schedule.

Plaintiffs suspect that Greystone's request to stay the proceedings is purely tactical, designed to enable Greystone to notify Judge Patterson in New York that this case has been stayed in order to bolster their opposition to Plaintiffs' motion to transfer venue pending in New York.

As stated above, the matter before this Court is scheduled for mediation and discovery continues. The Greystone defendants were once successful in New York in sabotaging settlement conference before the Court there. This Court hopefully sees the

425 California Street
Suite 1800
San Francisco
California 94104
Telephone
415.394.5700
Facsimile
415.394.5003

www.pinnaclelawgroup.com

Santa Fe Pointe, LP, et al. v. Greystone Servicing Corp., Inc., et al.
Magistrate Judge Joseph C. Spero
April 28, 2008
Page 2 of 2

continued and endless game playing by Greystone and denies the request for stay to allow the mediation before Mr. Sherwood to move forward.

Very truly yours,

*[signature]*

William W. Schofield