Mark D. Kemple (State Bar No. 145219)
Erik K. Swanholt (State Bar No. 198042)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:      (213) 243-2539
Email: mkemple@jonesday.com
Email: ekswanholt@jonesday.com

Attorneys for Defendants
Greystone Servicing Corporation, Inc., and Greystone CDE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| SANTA FE POINTE, LP, and Oklahoma limited partnership; SANTA FE MANAGEMENT, LLC, an Oklahoma limited liability company; RANT, LLC, a Delaware limited liability company; and THEOTIS F. OLIPHANT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTONE SERVICING CORPORATION., a Georgia corporation; GREYSTONE CDE, LLC, a Delaware limited liability company; and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE NO. C 07-05454 JCS<br><br>Assigned for all purposes to the Honorable Joseph C. Spero<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT<br><br>[Defendants' Notice of Motion and Second Motion to Dismiss Pursuant to Rules 8(a) and 12(b)(6), in Whole or in Part, Plaintiffs' Second Amended Complaint; Memorandum of Points and Authorities Filed Concurrently Herewith] |

1    On May 19, 2008, the motion of Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC ("Defendants") to dismiss Plaintiffs' Second Amended Complaint was submitted to the above-entitled Court and, on July 11, 2008, came on for regular hearing in Courtroom A (15th Floor) of the above-entitled Court before the Honorable Joseph C. Spero, United States Magistrate Judge presiding.

After consideration of the moving and opposing papers filed in connection with this motion, hearing oral arguments thereon, and finding good cause therefore,

IT IS HEREBY ORDERED that:

Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint is GRANTED:

1. Plaintiffs Theotis Oliphant, Rant, LLC and Santa Fe Management, LLC's claims for negligence (first cause of action), breach of fiduciary duty (second cause of action), and negligent interference with prospective economic advantage (fourth cause of action) are DISMISSED with prejudice and without leave to amend pursuant to Fed. R. Civ. P. 12(b)(6) as to all Defendants;

2. All Plaintiffs' claims for negligence (first cause of action), breach of fiduciary duty (second cause of action), and negligent interference with prospective economic advantage (fourth cause of action) are DISMISSED with prejudice and without leave to amend pursuant to Fed. R. Civ. P. 12(b)(6) as to Defendant Greystone CDE, LLC.

3. All Plaintiffs' claims for anticipatory repudiation (fifth cause of action) and breach of the implied covenant of good faith and fair dealing (sixth cause of action) are DISMISSED with prejudice and without leave to amend pursuant to Fed. R. Civ. P. 8(a) as to all Defendants.

DATED: ──────────, 2008

                                                                              _____
                                                                              Honorable Joseph C. Spero
                                                                              United States District Court,
                                                                              Northern District of California