**FILED**
MAY 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Santa Fe Pointe, LP,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Greystone Servicing Corporation, Inc.,<br><br>　　　　Defendant(s). | No. C 07-05454 JCS MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 5/22/8

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: 5/22/8

_____
Mediator, Peter W. Sherwood
Ninth Circuit Court of Appeals
95 7th St.
San Francisco, CA 94103

**Certification of ADR Session**
07-05454 JCS MED