**FILED**
JUN 0 6 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, | No. C07-05454 JCS |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| GREYSTONE SERVICING CORPORATION, INC., | |
| Defendant. / | |

Defendants' Second Motion to Dismiss hearing is rescheduled for Friday, August 29, 2008, at 9:30 am, Courtroom A, 15th Floor, 450 Golden Gate Ave, San Francisco, CA. The previous hearing date of July 11, 2008, is vacated. Opposition(s) shall be filed by 6/20/2008 and reply(s) filed by 6/27/2008.

**IT IS SO ORDERED.**

Dated: 6/6/04

JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE