**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTE ORDER**

**CASE NO.:**     C07-5454 JCS

**CASE NAME:**   Santa Fe Pointe, LP, et al. v. Greystone Servicing, et al.

**MAGISTRATE JUDGE JOSEPH C. SPERO**
**COURTROOM DEPUTY:** Monica Narcisse for Karen Hom

**DATE:**   June 6, 2008    **TIME:**  1:33 pm - 1:50pm      **COURT REPORTER: FTR**

**COUNSEL FOR PLAINTIFF:**            **COUNSEL FOR DEFENDANT:**
William Schofield                                  Mark Kemple, by telephone

**PROCEEDINGS**

☐   SETTLEMENT CONFERENCE            ☐   FURTHER SETTLEMENT CONFERENCE

☐   DISCOVERY CONFERENCE

☐   STATUS CONFERENCE RE: _____

☐   TELEPHONIC CONFERENCE RE: _____

**X**   OTHER:     **Further Case Management Conference**

CASE CONTINUED TO: **August 8, 2008 @ 1:30 pm**    FOR     **Further CMC**

NOTES:   **Notice of Related Case shall be filed regarding the transferred action (C08-2756) within 10 days. Consents or declinations to Magistrate Judge jurisdiction required and must be filed within 10 days. Parties shall start process of discovery. Joint status statement due by 8/1/2008.**

CC:     Chambers; Karen