UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, | Case No. C-07-05454 JCS |
| Plaintiff(s), | |
| v. | **FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |
| GREYSTONE SERVICING CORPORATION, INC., | |
| Defendant(s). | |

Following a further case management conference held on June 6, 2008,

IT IS HEREBY ORDERED THAT:

1. Notice of Related Case shall be filed in this action, and in the transferred action Case No. C08-2756 JL, within ten (10) days.

2. Consents or declinations to Magistrate Judge jurisdiction shall be filed within ten (10) days in Case No. C08-2756 JL.

3. Parties may start the process of discovery.

4. A joint case management conference statement shall be due by **August 1, 2008.** The joint statement shall include a discovery plan which shall identify by name the witnesses who shall be deposed, the deposition schedule for the witnesses, and a plan for a further settlement venue.

5. A further case management conference is set for **August 8, 2008, at 1:30 p.m.** Any party wishing to appear telephonically shall submit a letter one (1) week prior to the hearing with a contact phone number. The Court will initiate the phone contact.

IT IS SO ORDERED.

Dated: June 16, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge