United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, et al., | No. C-07-5454 MMC |
| Plaintiffs, | **ORDER DIRECTING PLAINTIFFS TO SUBMIT CHAMBERS COPY OF SECOND AMENDED COMPLAINT** |
| v. | |
| GREYSTONE SERVICING CORPORATION, INC., et al., | |
| Defendants / | |

    On June 17, 2008, the instant action was reassigned to the undersigned.

    To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiffs to submit, no later than June 27, 2008, a chambers copy of the Second Amended Complaint.

    **IT IS SO ORDERED.**

Dated: June 19, 2008

MAXINE M. CHESNEY
United States District Judge