1  Mark D. Kemple (State Bar No. 145219)
   Erik K. Swanholt (State Bar No. 198042)
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA  90071-2300
4  Telephone:    (213) 489-3939
   Facsimile:    (213) 243-2539
5  Email: mkemple@jonesday.com
   Email: ekswanholt@jonesday.com
6
   Attorneys for Defendants
7  Greystone Servicing Corporation, Inc., and Greystone
   CDE, LLC
8

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                       (SAN FRANCISCO DIVISION)

12

13  SANTA FE POINTE, LP, and Oklahoma          Case No. C 07-05454 MMC
    limited partnership; SANTA FE
14  MANAGEMENT, LLC, an Oklahoma limited       REPLY / NOTICE OF PLAINTIFFS'
    liability company; RANT, LLC, a Delaware   NON-OPPOSITION TO
15  limited liability company; and THEOTIS F.  DEFENDANTS' SECOND MOTION
    OLIPHANT, an individual,                   TO DISMISS
16
                 Plaintiffs,
17
         v.
18
    GREYSTONE SERVICING
19  CORPORATION, INC., a Georgia
    corporation; GREYSTONE CDE, LLC, a
20  Delaware limited liability company; and
    DOES 1 through 100 inclusive,
21
                 Defendants.
22

23  TO THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24       Defendants Greystone CDE, LLC and Greystone Servicing Corporation, Inc. hereby file

25  this notice to advise the Court of Plaintiffs' failure to respond to Defendants' Second Motion to

26  Dismiss (doc. # 62) within the time permitted by the order entered June 6, 2008 (doc. # 66).

27       On May 19, 2008, Defendants filed their Second Motion to Dismiss Plaintiffs' Second

28  Amended Complaint pursuant to Rules 8(a) and 12(b)(6) of the Federal Rules of Civil Procedure.

LAI-2957408v1                                          Reply / Notice of Pls.' Non-Opposition to Defs.' Second Mot. to Dismiss
                                                                                                    C 07-05454 MMC

By order entered June 6, 2008, the motion was set for hearing on August 29, 2008, Plaintiffs were ordered to respond by June 20, 2008, and Defendants were ordered to file their reply by June 27, 2008. *See* Order (doc. # 66). As the docket reflects, Plaintiffs have not responded to Defendants' motion in the time provided. Accordingly, and for the reasons stated in Defendants' motion (doc. # 62), the Court should grant Defendants' second motion to dismiss.

Dated: June 23, 2008

JONES DAY

By: /s/ Mark D. Kemple
    Mark D. Kemple
    Erik K. Swanholt

Attorneys for Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC

LAI-2957408v1

Reply / Notice of Pls.' Non-Opposition to Defs.' Second Mot. to Dismiss
C 07-05454 MMC

- 2 -