1  Mark D. Kemple (State Bar No. 145219)
   Erik K. Swanholt (State Bar No. 198042)
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA 90071-2300
4  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
5  Email: mkemple@jonesday.com
   Email: ekswanholt@jonesday.com
6
   Attorneys for Defendants
7  Greystone Servicing Corporation, Inc., and Greystone
   CDE, LLC
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      (SAN FRANCISCO DIVISION)

12

| | |
|---|---|
| 13  SANTA FE POINTE, LP, and Oklahoma limited partnership; SANTA FE MANAGEMENT, LLC, an Oklahoma limited liability company; RANT, LLC, a Delaware limited liability company; and THEOTIS F. OLIPHANT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTONE SERVICING CORPORATION, INC., a Georgia corporation; GREYSTONE CDE, LLC, a Delaware limited liability company; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. C 07-05454 MMC<br><br>NOTICE OF DEFENDANTS' SECOND MOTION TO DISMISS PURSUANT TO RULES 8(A) AND 12(B)(6), IN WHOLE OR IN PART, PLAINTIFFS' SECOND AMENDED COMPLAINT<br><br>Date:    August 1, 2008<br>Time:    9:00 a.m.<br>Ctrm:    7 (19th Floor)<br>Before:  Hon. Maxine M. Chesney |

23  **TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:**

24  **PLEASE TAKE NOTICE** that Defendants Greystone Servicing Corporation, Inc. and

25  Greystone CDE, LLC (collectively, "Defendants") hereby renotice their Second Motion to

26  Dismiss Plaintiffs' Second Amended Complaint (doc. # 62) pursuant to the Court's Reassignment

27  Order of June 24, 2008 (doc. # 75).

28

LAI-2958215v1

On May 19, 2008, Defendants filed their second motion to dismiss, supporting memorandum, and proposed order. (doc. # 62). The hearing previously set for that motion has been vacated by the Court's Reassignment Order (doc. # 75). Defendants' second motion to dismiss (doc. # 62) will now come before the Court on August 1, 2008 at 9:00 a.m., or as soon thereafter as the parties may be heard in Courtroom 7 (19th Floor) of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: June 26, 2008                    JONES DAY

By: /s/ Mark D. Kemple
    Mark D. Kemple
    Erik K. Swanholt

Attorneys for Defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC

LAI-2958215v1

Notice of Defs.' Second Mot. to Dismiss
C 07-05454 MMC

- 2 -