United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, et al., | No. C-07-5454 MMC |
| Plaintiffs, | **ORDER VACATING AUGUST 1, 2008 HEARING** |
| v. | |
| GREYSTONE SERVICING CORPORATION, INC., et al., | |
| Defendants | |

    Before the Court is defendants Greystone Servicing Corporation, Inc., and Greystone CDE, LLC's "Motion to Dismiss Pursuant to Rules 8(A) and 12(B)(6), in Whole or in Part, Plaintiffs' Second Amended Complaint," filed June 26, 2008. Plaintiffs Santa Fe Pointe, LP, Santa Fe Management, LLC, Rant, LLC, and Theotis F. Oliphant have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the papers, see Civil L.R. 7-1(b), and VACATES the hearing scheduled for August 1, 2008.

    **IT IS SO ORDERED.**

Dated: July 30, 2008

MAXINE M. CHESNEY
United States District Judge