1  Eric J. Farber (SBN: 169472)
   efarber@pinnaclelawgroup.com
2  William W. Schofield (SBN: 062674)
   wschofield@pinnaclelawgroup.com
3  Kevin F. Rooney (SBN: 184096)
   krooney@pinnaclelawgroup.com
4  Pinnacle Law Group LLP
   425 California Street, Suite 1800
5  San Francisco, California 94104
   Telephone: (415) 394-5700
6  Facsimile: (415) 394-5003

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| SANTA FE POINTE, LP, et al. | No. C-07-5454 MMC |
|---|---|
| Plaintiffs, | **REQUEST FOR CLARIFICATION OF RULING ON MOTION TO DISMISS; REQUEST FOR LEAVE TO AMEND** |
| vs. | |
| GREYSTONE SERVICING CORPORATION, INC., et al., | |
| Defendants. | |

TO THE HONORABLE COURT AND DEFENDANTS:

Defendants' Motion To Dismiss Plaintiffs' Second Amended Complaint was scheduled for oral argument before this Court on August 1, 2008. The Court ordered on July 30, 2008, however, that it would decide the matter without hearing and argument (doc. no. 81), and on August 1, 2008 issued the following docket order (doc. no. 82):

> ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS. To the extent the First and Second Causes of Action are brought on behalf of SFM, Rant, and Oliphant against any defendant, and on behalf of SFP against Greystone CDE, the motion is granted. To the extent the Fourth, Fifth and Sixth Causes of Action are brought on behalf of SFM, Rant, and Oliphant, the motion is granted. In all other respects, the motion is denied. Signed by Judge Maxine M. Chesney on August 1, 2008.

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corp., et al.* (C-07-5454 MMC)        - 1
Request for Clarification of Ruling on Motion to Dismiss
Request for Leave to Amend

Had hearing and argument gone forward and the Court indicated its intent to enter this Order, Plaintiffs would have requested 20 days leave to amend the Second Amended Complaint to cure the deficiencies raised by Defendants' Motion To Dismiss. The Court's Order entered without hearing or argument, however, is unclear on the issue of amendment.

Plaintiffs respectfully request, therefore, clarification and ask for leave to amend the Second Amended Complaint. Plaintiffs will be prepared to file such an amended pleading by August 21, 2008 — 20 days from the ruling on the motion to dismiss.

Dated: August 6, 2008.             PINNACLE LAW GROUP, LLP
                                   Attorneys for Plaintiffs


                                   By /s/ *William W. Schofield*
                                         William W. Schofield

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corp., et al.* (C-07-5454 MMC)                                   - 2
Request for Clarification of Ruling on Motion to Dismiss
Request for Leave to Amend

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of 18 and not a party to the within action. My business address is 425 California Street, Suite 1800, San Francisco, California 94104.

On August 6, 2008, I served true and correct copies of the document(s) described as:

**REQUEST FOR CLARIFICATION OF RULING ON MOTION TO DISMISS; REQUEST FOR LEAVE TO AMEND**

[X]    BY E-MAIL: Service was accomplished by electronically filing such documents through the CM/ECF system of the United States District Court for the Northern District of California, which will send electronic notification of such filing to the following registered users:

*Attorneys for Defendants*:

Erik Christian Swanholt
Email: ekswanholt@jonesday.com

Mark David Kemple
Email: mkemple@jonesday.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 6, 2008, at San Francisco, California.

/s/ Sally J. Hamm
SALLY J. HAMM

---

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corp., et al.* (C-07-5454 MMC)    - 3
Request for Clarification of Ruling on Motion to Dismiss
Request for Leave to Amend