IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, et al., | No. C-07-5454 MMC |
| Plaintiffs, | **ORDER DENYING PLAINTIFFS' REQUEST FOR CLARIFICATION AND REQUEST FOR LEAVE TO AMEND** |
| v. | |
| GREYSTONE SERVICING CORPORATION, INC., et al., | |
| Defendants | |

By order filed August 1, 2008, the Court granted in part and denied in part defendants' motion to dismiss plaintiffs' Second Amended and Supplemental Complaint.

Before the Court is plaintiffs' "Request for Clarification of Ruling on Motion to Dismiss; Request for Leave to Amend," filed August 6, 2008,[1] and defendants' opposition thereto, also filed August 6, 2008.

By the instant request, plaintiffs seek "clarification" of whether the Court's August 1,

---

[1] Plaintiffs did not provide the Court with a chambers copy of the instant request. For future reference, plaintiffs are reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

2008 order allowed plaintiffs leave to amend. Because the order did not afford leave to amend, it is unclear what type of clarification is necessary. In any event, plaintiffs, in opposing defendants' motion to dismiss, did not request leave to amend, nor suggest any additional facts that could be alleged to cure the deficiencies identified by the Court in its August 1, 2008 order. Accordingly, to the extent plaintiffs seek clarification, the request is DENIED.

To the extent plaintiffs, in the first instance, seek leave to amend, the request is DENIED without prejudice. To seek leave to amend, plaintiffs must file a noticed motion to amend and must attach thereto their proposed Third Amended and Supplemental Complaint.

**IT IS SO ORDERED.**

Dated: August 19, 2008

_____
MAXINE M. CHESNEY
United States District Judge