**CIVIL MINUTES**

Judge MAXINE M. CHESNEY

Date: AUG 2 2 2008

E-filing

C-07-5454-MMC

SANTA FE POINTE LP et al   v   GREYSTONE SERVICING et al

Attorneys: William Schofield    Mark Kemple

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____    _____

2. _____    _____

3. _____    _____

4. _____    _____

( ) Status Conference   ( ) P/T Conference   (✓) Case Management Conference INITIAL (by phone)

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 5/15/09. Meet & confer by 6/29/09. Joint statement due by 5/1/09.

(✓) ORDER TO BE PREPARED BY:   Plntf___   Deft___   Court ✓

(✓) Referred to Magistrate For: Settlement Conference before Mag. Chen

(✓) By Court

(✓) CASE CONTINUED TO 5/8/09 @ 10:30 for Further Status Conference

Discovery Cut-Off 3/6/09    Expert Discovery Cut-Off 5/1/09

π/Δ Plntf to Name Experts by 3/27/09    π/Δ Rebuttal Deft to Name Experts by 4/10/09

P/T Conference Date 8/4/09 @ 3:00   Trial Date 8/17/09 @ 9:00   Set for 10 days
Type of Trial: (✓)Jury   ( )Court

Notes: _____

cc: Wings, Betty (25 min)