# EXHIBIT H

316214993v3

## ALLONGE TO BRIDGE PROMISSORY NOTE

**FOR VALUE RECEIVED**, this ALLONGE TO BRIDGE PROMISSORY NOTE (the "Allonge") is made on and as of June 29, 2007 and shall be effective as of that date from SANTA FE POINTE, L.P., a limited partnership duly organized, validly existing and in good standing under the laws of the State of Oklahoma (the "Borrower"), to GREYSTONE CDE, LLC, a limited liability company duly organized and validly existing under the laws of the State of Delaware (the "Lender"), and evidences the amendment of that certain Bridge Promissory Note, dated December 20, 2006 from the Borrower to the Lender (the "Original Note")

The Maturity Date of the Original Note is hereby amended to be December 15, 2007.

Except as amended herein, the Original Note shall remain unchanged and in full force and affect. This Allonge shall be permanently affixed to the Original Note (though the failure to do so shall not affect its validly) and shall be deemed to be an integral part of the Original Note and the Original Note and the Original Note together with this Allonge shall constitute a single instrument.

IN WITNESS WHEREOF, the Borrower has executed this Allonge as of the day and year first above written.

        **SANTA FE POINT, L.P.**, an Oklahoma limited partnership

        By:  SANTA FE POINT MANAGEMENT, LLC, an Oklahoma limited liability company, its general partner

            By:_____
            Name:
            Title:

## LENDER'S CONSENT

Greystone CDE, LLC, as the Lender referred to the in the foregoing Allonge to Bridge Promissory Note, Phase I, does hereby consent to the adoption and effectiveness of the same as of June 29, 2007.

**GREYSTONE CDE, LLC**, a Delaware limited liability company

By:_____
Name:
Title:
