EXHIBIT J

# GREYSTONE CDE, LLC

September 18, 2007

**VIA OVERNIGHT DELIVERY AND E-MAIL**

Santa Fe Pointe, L.P. (the "Borrower")
Santa Fe Pointe Management, LLC (the "General Partner")
Theotis F. Oliphant (the "Limited Partner" and "Guarantor")
Rant, LLC (the "Developer")
16416 Oconee Drive
Edmond, Oklahoma 73013
Attention:    Theotis F. Oliphant (via e-mail: theo.oliphant@gmail.com)

Theotis F. Oliphant (the "Limited Partner" and the "Guarantor")
113 Carmel Avenue
El Cerrito, California 94530

Gibbs & Oliphant LLP
300 Frank H. Ogawa Plaza, Third Floor
Oakland, California 94612

Re:    **NOTICE OF ACCELERATION: Bridge Loan Agreement dated as of December 20, 2006 between Greystone CDE, LLC (the "Lender") and the Borrower**

Ladies and Gentlemen:

In our Notice of Default dated August 21, 2007 previously sent, a copy of which is annexed hereto, you were notified that the Note and all amounts payable under the Loan Documents shall accrue at the Default Rate from the date thereof (August 21, 2007) until paid in full. The Lender reserved the right to declare all amounts due under the Note immediately due and payable.

As a result of the Events of Default under the Bridge Loan Agreement identified in items (a) through (c) in our Notice of Default, the Lender hereby declares the indebtedness evidenced by the Note, any and all other amounts payable under the Bridge Loan Agreement and the other Loan Documents and all other indebtedness of the Borrower to the Lender to be immediately due and payable in accordance with Section 9.2(a) of the Bridge Loan Agreement.

September 18, 2007
Page 2

As of September 18, 2007, the following amounts are due and owing under the Loan Documents:

| | |
|---|---|
| Principal: | $500,000.00 |
| Accrued Interest: | 3594.51 |
| Exit Fee: | 10,000.00 |
| Lender's Costs and Expenses: | 21,000.00 |
| Total: | $534,594.51 |

Please note that the above figures are good only through September 18, 2007. The Lender reserves the right to demand immediate payment of any and all additional costs and expenses incurred by the Lender in connection with the enforcement of the Loan Documents, the collection of the foregoing, the preservation of the Collateral and any other amounts which may hereafter become due and payable under the Loan Documents.

In addition, interest on the Note and all amounts payable under the Loan Documents shall accrue at the Default Rate from August 21, 2007 (the per diem at the default rate is $166.67) until paid in full and the Lender reserves the right to demand immediate payment thereof.

Demand for immediate payment of all amounts due and owing hereunder is hereby made upon the Borrower. In addition, demand for payment is hereby made upon the Guarantor pursuant to the Guaranty, upon the Partners pursuant to the Partner Pledge and upon the Developer pursuant to the Developer Fee Pledge.

Please take further notice, that should you fail to make payment as required, Lender shall be entitled to collect all reasonable costs of collection, including, but not limited to, reasonable attorneys' fees.

This letter is written without prejudice to the rights of the Lender to pursue any and all remedies available to the Lender under the Loan Documents, at law or in equity. Nothing in this letter nor any communications between you and the Lender shall constitute a waiver or modifications of any of the Lender's rights or remedies or any of the terms, conditions, representations, warranties, covenants or agreements contained in the Loan Documents; the Lender hereby reserves and preserves all of its rights and remedies under the Loan Documents and/or applicable law.

Very truly yours,

GREYSTONE CDE, LLC

By: _____
Name: Debi Martin
Title: Vice President

September 18, 2007
Page 3


cc:   Dianne Coady Fisher, Esquire
      Stephen Harnik, Esquire
      Thom Ruffin



GREYSTONE SERVICING
CORPORATION, INC.
419 BELLE AIR LANE
WARRENTON, VA 20186
PHONE: 540.341.2100
FAX: 540.341.2121

August 21, 2007

**VIA FEDERAL EXPRESS**

Santa Fe Pointe, L.P. (the "Borrower")
Santa Fe Pointe Management, LLC (the "General Partner")
Theotis F. Oliphant (the "Limited Partner" and "Guarantor")
Rant, LLC (the "Developer")
16416 Oconee Drive
Edmond, Oklahoma 73013
Attention:    Theotis F. Oliphant

Theotis F. Oliphant (the "Limited Partner" and the "Guarantor")
113 Carmel Avenue
El Cerrito, California 94530

Gibbs & Oliphant LLP
300 Frank H. Ogawa Plaza, Third Floor
Oakland, California 94612

    Re:    NOTICE OF DEFAULT: Bridge Loan Agreement dated as of December 20, 2006 between Greystone CDE, LLC (the "Lender") and the Borrower

Ladies and Gentlemen:

    The purpose of this letter is to notify you that you are in default in respect of the loan from Greystone CDE, LLC evidenced by the above-referenced agreement (the "Bridge Loan Agreement"). Capitalized terms used herein and not defined herein shall have the meanings ascribed thereto in the Bridge Loan Agreement.

    You are hereby notified of the following Events of Default under the Loan Documents:

(a)    pursuant to Section 9.1(g) of the Bridge Loan Agreement, the expiration of the contract for purchase and sale of the Project without the same having been extended;

(b)    pursuant to Section 9.1(j) of the Bridge Loan Agreement, the termination or expiration of the commitment to provide the equity investment in the Project;

August 21, 2007
Page 3

(5) under Section 8.2(a) of the Bridge Loan Agreement, failure of the Borrower not to permit material changes in or to the Project (by failing to cause the seller of the Project properly to maintain the Project);

(6) under Section 3(b) of the Assignment of Purchase Contract, failure of the Borrower to enforce the performance by the seller of the Project properly to maintain the Project;

(7) under Section 3(e) of the Assignment of Purchase Contract, failure of the Borrower to extend the Purchase Contract or close upon the purchase of the Project in accordance with the terms of the Purchase Contract, thereby failing to preserve for the Lender the full benefits of the Assignment of Purchase Contract;

(8) under Section 4(e) of the Assignment of Purchase Contract, the Borrower's allowing the Purchase Contract to expire without extension, thereby materially impairing the value of the rights of the Borrower and the Lender thereunder;

(9) under Section 3(b) of the Assignment of Project Documents, failure of the Borrower to perform and observe all of its covenants and agreements under the Bond Documents; and

(10) under Section 4(f) of the Assignment of Project Documents, the taking by the Borrower of the actions hereinabove described, thereby materially impairing the value of the rights and interests of the Borrower and the Lender under the Bond Documents.

We call to your attention that the foregoing circumstances may also constitute events of default under the Bond Documents which, if not cured within any applicable notice, grace or cure period under the Bond Documents will constitute an additional Event of Default under Section 9.1(h) of the Bridge Loan Agreement.

References in this letter to specific defaults and Events of Default are not intended to be exclusive and do not in any way constitute a waiver of any other defaults or Events of Default that are not specified herein that have occurred or might occur in the future.

As a result of the foregoing, interest on the Note and all amounts payable under the Loan Documents shall accrue at the Default Rate from the date hereof until paid in full. In addition, as a result of the Events of Default described above, the Lender reserves the right to declare the amounts due under the Loan Documents immediately due and payable, to demand immediate payment thereof and to pursue all rights and remedies of the Lender under the Loan Documents (including, without limitation, the Guaranty), at law or in equity.

This letter is written without prejudice to the rights of the Lender to pursue any and all remedies available to the Lender under the Loan Documents, at law or in equity. Nothing in this letter nor any communications between you and the Lender shall constitute a waiver or modifications of any of the Lender's rights or remedies or any of the terms, conditions,

August 21, 2007
Page 4

representations, warranties, covenants or agreements contained in the Loan Documents; the Lender hereby reserves and preserves all of its rights and remedies under the Loan Documents and/or applicable law.

Very truly yours,

GREYSTONE CDE, LLC

By: _____
Debi Martin
Vice President

cc: Dianne Coady Fisher, Greenberg Traurig, LLP
    Matthew James, Greystone & Co., Inc.
    Thom Ruffin, Greystone Servicing Corporation, Inc.

Harnik Wilker & Finkelstein LLP
Attorneys for Plaintiff
Greystone CDE, LLC
Olympic Tower
645 Fifth Avenue, 7th floor
New York, NY 10022-5937
Tel. No. (212) 599-7575
Facsimile (212) 867-8120
Email: stephen@harnik.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Greystone CDE, LLC,                               Docket No. 07 civ. 8377 (RPP)

                            Plaintiff,

        - against -

Sante Fe Pointe, L.P.,                            **AFFIDAVIT OF SERVICE**
Sante Fe Pointe Management, LLC,
Rant LLC, and
Theotis F. Oliphant
                            Defendants.
------------------------------------------------------------X

STATE OF NEW YORK    )
                                   )ss.:
COUNTY OF NEW YORK  )

       I, Sarah C. Claridad, being sworn, say:

       I am not a party to the action, am over 18 years of age and reside at 1515 Lexington Avenue, New York, N.Y. 10029.

       On the 5th day of October, 2007, I served the within First Amended Complaint As of Right by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to the person at the last known address set forth:

              Farber & Company Attorneys, LLP
              Attorneys for Defendants
              847 Sansome Street, Suite LL
              San Francisco, California 94111
              Att'n: Ann McFarland Draper, Esq.

                                                                /s/ Sarah C. Claridad
                                                                  Sarah C. Claridad

Sworn to before me the
5th day of October, 2007.

/s/ Stephen M. Harnik
Notary Public
STEPHEN M. HARNIK
Notary Public State of New York
No. 02HA-4694243
Qualified in New York County
Commission Expires May 31, 2011

Exhibit, J-7, Page 169