Mark D. Kemple (State Bar No. 145219)
mkemple@jonesday.com
Erik K. Swanholt (State Bar No. 198042)
ekswanholt@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:      (213) 243-2539

Attorneys for Defendants GREYSTONE SERVICING CORPORATION, INC. and Defendant/Counter-claimant GREYSTONE CDE, LLC

Eric J. Farber, Esq
efarber@pinnaclelawgroup.com
William Schofield, Esq.
wschofield@pinnaclelawgroup.com
PINNACLE LAW GROUP LLP
425 California St., Suite 1800
San Francisco, CA  94104
Telephone:     (415) 394-5700
Facsimile:      (415) 394-5003

Attorneys for Plaintiffs/Counter-defendants

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| SANTA FE POINTE, LP, et al.,<br><br>  Plaintiffs/Counter-defendants,<br><br>  v.<br><br>GREYSTONE SERVICING CORPORATION, INC., et al.,<br><br>  Defendants and Counter-claimant. | **Case No. C07-05454 MMC (EMC)**<br><br>[PROPOSED] **ORDER GRANTING JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE**<br><br>Present Date: January 27, 2009<br>New Date:     **February 26, 2009**<br>Time:              9:30 a.m.<br>Courtroom:    Hon. Edward M. Chen |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

2   The parties having so stipulated, the Settlement Conference will be continued from January

3   27, 2009 to __**February 26, 2009**__, at 9:30 a.m., Courtroom C, 15th Floor, Federal Building, 450

4   Golden Gate Avenue, San Francisco, California 94102, and the parties shall have until

5   _**February 12, 2009**_ to lodge Settlement Conference statements with the Chambers of the

6   Honorable Edward M. Chen, United States Magistrate Judge.  For all other matters with respect to

7   the conduct and scheduling of the Settlement Conference, or the content and format of Settlement

8   Conference statements, the parties are referred to the Court's Notice of Settlement Conference and

9   Settlement Conference Order entered October 2, 2008 (doc. # 92).

11   Dated:  January _12_, 2009



By: _____
United States Magistrate Judge