Eric J. Farber, SBN 169472
William W. Schofield, SBN 062674
PINNACLE LAW GROUP LLP
425 California Street, Suite 1800
San Francisco, California 94104
Telephone 415.394-5700
Facsimile 415.394-5003

Attorneys for Plaintiffs and Counter-Defendants
Santa Fe Pointe, L.P., Santa Fe Pointe
Management, LLC, Rant LLC and
Theotis F. Oliphant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al.<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>GREYSTONE SERVICING<br>CORPORATION, INC., et al.,<br><br>　　　　　　　Defendants. | Case No.: C07-05454 MMC<br><br>**SUBSTITUTION OF COUNSEL<br>AND [PROPOSED] ORDER** |
| GREYSTONE CDE, LLC,<br><br>　　　　　　　Counterclaimant,<br><br>v.<br><br>THEOTIS F. OLIPHANT, an individual,<br>SANTA FE POINTE, LP, an Oklahoma<br>limited partnership, SANTA FE POINTE<br>MANAGEMENT, LLC, an Oklahoma limited<br>liability company, and RANT, LLC, a<br>Delaware limited liability company,<br>　　　　　　　Counter-defendants. | |

　　　Plaintiffs and Counter-Defendants Santa Fe Pointe, L.P., Santa Fe Pointe Management, LLC, Rant LLC and Theotis F. Oliphant hereby substitute Quinlan S. Tom, Esq. of McInerney & Dillon for and instead of Eric J. Farber, Esq. and William W. Schofield, Esq. of the Pinnacle Law Group LLP.

*Santa Fe Pointe, LP, et al v. Greystone Servicing Corporation, Inc., et al.*　　　　　　　　　　　　　　　　- 1
Substitution of Counsel and Order

| | |
|---|---|
| 1 | I hereby consent to this Substitution of Counsel: |
| 2 | Former Counsel |
| 3 | Dated: January 20, 2008 |
| | PINNACLE LAW GROUP LLP |
| 5 | By /s/ Eric J. Farber |
| | Eric J. Farber |
| 7 | I hereby accept this Substitution of Counsel: |
| 8 | New Counsel |
| 9 | Dated: January 20, 2008 [2009] |
| | MCINERNEY & DILLON |
| 11 | By _____ |
| 12 | Quinlan S. Tom (SBN 142461) |
| | McInerney & Dillon |
| | Lake Merritt Plaza |
| 13 | 1999 Harrison Street, Ste 1700 |
| | Oakland, California 94612 |
| 15 | I hereby consent to this Substitution of Counsel: |
| 16 | Dated: January 26, 2009 |
| 18 | Theotis Oliphant, individually and |
| 19 | as representative for Santa Fe Pointe, L.P., |
| | Santa Fe Management, LLC, and Rant, LLC |

## **ORDER**

Good cause appearing, it is hereby ordered that Quinlan S. Tom and the law firm of McInerney & Dillon shall be substituted as counsel for Plaintiffs and Counter-Defendants Plaintiffs and Counter-Defendants Santa Fe Pointe, L.P., Santa Fe Pointe Management, LLC, Rant LLC and Theotis F. Oliphant in place and instead of Eric J. Farber of the Pinnacle Law Group LLP, provided said substitution shall not, by itself, constitute good cause to extend any deadline or date set forth in the Pretrial Preparation Order.

Dated: January 27, 2009

_____
Honorable Maxine M. Chesney
United States District Judge