IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GREYSTONE SERVICING CORPORATION, INC., et al.,<br><br>　　　　Defendants<br>_____/ | No. C 07-5454 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANTS' MOTION TO PRECLUDE EXPERTS AND MOTION TO CHANGE TIME** |

　　　Pursuant to Civil Local Rule 72-1, defendants' "Motion to Preclude Experts 'Designated' in Violation of this Court's Rule 16 Scheduling Order and Rule 26(a)(2)" and defendants' "Motion to Change Time Pursuant to Civil L.R. 6-3 to Request Expedited Review and Determination of Defendants' Motion to Preclude Experts 'Designated' in Violation of this Court's Rule 16 Scheduling Order and Rule 26(a)(2)," each of which was filed March 31, 2009, and all further discovery disputes, are hereby REFERRED to a Magistrate Judge. To the extent resolution of the Motion to Preclude may require a determination as to whether any currently-set discovery deadline should be extended, such matter likewise is REFERRED to the assigned Magistrate Judge.

　　　Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

　　　**IT IS SO ORDERED**.

Dated: April 2, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge