IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, et al., | No. C-07-5454 MMC |
| Plaintiffs, | **ORDER VACATING MAY 8, 2009 HEARING; CONTINUING STATUS CONFERENCE** |
| v. | |
| GREYSTONE SERVICING CORPORATION, INC., et al., | |
| Defendants | |

Before the Court is defendants Greystone Servicing Corporation, Inc. and Greystone CDE, LLC's Motion for Judgment on the Pleadings Pursuant to Rule 12(C)," filed March 24, 2009. Plaintiffs Santa Fe Pointe, LP, Santa Fe Management, LLC, Rant, LLC, and Theotis F. Oliphant have filed opposition, to which defendants have replied. Also before the Court is counterclaimant Greystone CDE, LLC's "Motion for Summary Judgment," filed March 27, 2009. Counterdefendant Theotis F. Oliphant has filed opposition, to which counterclaimant has replied.

Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the motions suitable for decision thereon, and hereby VACATES the hearing scheduled for May 8, 2009.

//

Further, in light of the pendency of the motions, the Court hereby CONTINUES the status conference from May 8, 2009 to May 29, 2009.  A Joint Status Conference Statement shall be filed no later than May 22, 2009.

**IT IS SO ORDERED.**

Dated:  May 1, 2009

_____
MAXINE M. CHESNEY
United States District Judge

2