Mark D. Kemple (State Bar No. 145219)
Erik K. Swanholt (State Bar No. 198042)
Hirad D. Dadgostar (State Bar No. 241549)
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:     (213) 243-2539
Email: mkemple@jonesday.com
Email: ekswanholt@jonesday.com

Attorneys for Defendant Greystone Servicing
Corporation, Inc., and Defendant/Counterclaimant
Greystone CDE, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| SANTA FE POINTE, LP, et al.,<br><br>    Plaintiffs/Counter-defendants,<br><br>    v.<br><br>GREYSTONE SERVICING<br>CORPORATION, INC., et al.,<br><br>        Defendants and Counter-<br>claimant. | **CASE NO. C 07-05454 MMC**<br><br>**[PROPOSED] ORDER GRANTING<br>DEFENDANTS' MOTION FOR<br>ADMINISTRATIVE RELIEF RE:<br>LEAVE TO FILE MOTION FOR<br>SUMMARY JUDGMENT**<br><br>(Submitted for immediate determination<br>without hearing under Civil L.R. 7-11(c)) |

1

**[PROPOSED]** ORDER

2

Before the Court is Defendant Greystone Servicing Corporation, Inc. ("Greystone

3

Servicing") and Defendant Greystone CDE, LLC's ("Greystone CDE") (collectively "Defendants")
and plaintiffs' opposition thereto.

4

"Motion for Administrative Relief re: Leave to File Motion for Summary Judgment," Having

5

read and considered the papers filed by the parties, and good cause appearing, it is hereby

6

**ORDERED** that the Defendants' motion (doc. # 150) is **GRANTED**.

7

Accordingly, no later than May 15, 2009, defendant Greystone Servicing
**IT IS FURTHER ORDERED** that Defendants may file a motion for summary judgment

8

pursuant to Rule 56(b).

9

10

11

Dated:        May 12, 2009                                    By: _____

12

MAXINE M. CHESNEY
United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Defs.' Mot. for
Leave to File Mot. for Summary Judgment

C 07-05454 MMC