IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, L.P., et al., | No. C-07-5454 MMC |
| Plaintiffs, | **ORDER CONTINUING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| GREYSTONE SERVICING CORPORATION, INC., et al., | |
| Defendants / | |

In light of the Court's calendar, the hearing on defendants' Motion for Summary Judgment on Plaintiffs' Claims, filed May 15, 2009 is hereby CONTINUED from June 19, 2009 to July 17, 2009.

**IT IS SO ORDERED.**

Dated: June 17, 2009

MAXINE M. CHESNEY
United States District Judge