Mark D. Kemple (State Bar No. 145219)
mkemple@jonesday.com
Erik K. Swanholt (State Bar No. 198042)
ekswanholt@jonesday.com
Hirad D. Dadgostar (State Bar No. 241549)
hdadgostar@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:     (213) 243-2539

Attorneys for Defendant Greystone Servicing Corporation, Inc., and Defendant/Counterclaimant Greystone CDE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al.,<br><br>　　　Plaintiffs/Counter-defendants,<br><br>　　v.<br><br>GREYSTONE SERVICING CORPORATION, INC., et al.,<br><br>　　　Defendants and Counter-claimant. | **CASE NO. C 07-05454 MMC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO FILE FEE/COST APPLICATION** AND ORDER THEREON<br>Dept.:　Courtroom 7 (19th floor)<br>Judge:　Hon. Maxine M. Chesney |

LAI-3031183v2

Stipulation and [Proposed] Order

C 07-05454 MMC

# STIPULATION

Whereas, on June 16, 2009, this Court issued an Order and Judgment (doc. ## 189, 190) ruling that: "SFP, Oliphant and Rant are required to and shall indemnify, pay, and reimburse Greystone CDE for attorney's fees and costs incurred by Greystone CDE in connection with this action pursuant to the Bridge Loan Documents (Bridge Promissory Note at 2, Bridge Loan Agreement at § 10.1, Assignment of Purchase Agreement at § 7, Guaranty and Suretyship Agreement at § 3.07, Developer Limited Guaranty Pledge and Security Agreement at § 12) in an amount to be determined by the Court pursuant to a cost/fee application to the Court";

Whereas, that Order and Judgment also provides that this "Judgment will not be final until (a) Judgment is entered on Plaintiffs' affirmative claims in this action against Greystone CDE and Greystone Servicing Corporation, Inc., Fed. R. Civ. P. 54(b), and (b) calculation of the total sum recoverable by Greystone CDE against SFP, Oliphant and Rant" (*id.*);

Whereas, the hearing on Greystone CDE's Motion for Summary Judgment on Plaintiffs' remaining claims (doc. # 158) is not scheduled until July 17, 2009 (per doc. # 188),

Whereas, trial of this action is not scheduled to commence until August 17, 2009;

Whereas, the parties believe that it would be more efficient for the parties and the Court if Greystone CDE's application for fees and costs due under the instruments referenced above is heard after resolution of Plaintiffs' claims;

Whereas, Defendant Greystone CDE represents that creation of its fee/cost application in the action will require significant time and effort, and will require in excess of fourteen days;

Whereas, Local Rule 54-6(a) provides that "[u]nless otherwise ordered by the Court after a stipulation to enlarge time under Civil L.R. 6-2 or a motion under Civil L.R. 6-3, motions for awards of attorney's fees by the Court must be served and filed within 14 days of entry of judgment by the District Court";

Now, and accordingly, all Plaintiffs/Counter-defendants and all Defendants/Counter-Claimants do hereby stipulate pursuant to Local Rule 6-2 to entry of the [proposed] Order below

///

1  extending the deadline for Greystone CDE to file the fee/cost application referenced in the Order
2  and Judgment (doc. ## 189, 190) to September 14, 2009.
3      IT IS SO STIPULATED.
4
5  Dated: June 19, 2009      JONES DAY
6
7      By: /s/ Mark D. Kemple
8      Attorneys for Defendant Greystone Servicing Corporation, Inc., and Defenadnt/Counter-claimant Greystone CDE, LLC
9
10 Dated: June 19, 2009      McINERNEY & DILLON, P.C.
11
12     By: /s/Quinlan S. Tom
        Quinlan S. Tom
13
14     Attorneys for Plaintiffs/Counter-defendants Santa Fe Pointe, LP, Theotis F. Oliphant, Santa Fe Pointe Management LLC and Rant LLC
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1

## [PROPOSED] ORDER

2   The parties having so stipulated, and good cause appearing, **IT IS HEREBY ORDERED**

3   that the deadline for Greystone CDE to file the fee/cost application referenced in the Order and

4   Judgment (found at doc. ## 189, 190) is extended to September 14, 2009.

5   **IT IS SO ORDERED.**

6   Dated: June 22, 2009                                              By: 
7                                                                           HON. MAXINE M. CHESNEY
                                                                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28