IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, L.P., et al., | No. C-07-5454 MMC |
| Plaintiffs, | **ORDER RE: REQUEST FOR APPROVAL OF SUBSTITUTION OF COUNSEL** |
| v. | |
| GREYSTONE SERVICING CORPORATION, INC., et al., | |
| Defendants / | |

On June 24, 2009, plaintiffs filed a "Substitution of Counsel and [Proposed] Order," by which filing plaintiffs request the Court allow plaintiff Theotis F. Oliphant ("Oliphant") to substitute as counsel of record for all plaintiffs in place and instead of Quinlan S. Tom.

Subject to exceptions not applicable herein, "only members of the Bar of this Court may practice in this Court." See Civil L.R. 11-1(a). Oliphant, although a member of the California State Bar, is not a member of the Bar of this Court. Consequently, although Oliphant may represent himself, he may not represent the other plaintiffs.

Accordingly, the Court will defer ruling on plaintiffs' request until July 7, 2009, in order to afford Oliphant the opportunity to become a member of the Bar of this Court, and Oliphant is hereby DIRECTED to file, no later than July 6, 2009, a declaration setting forth the steps he has taken to do so.

**IT IS SO ORDERED.**

Dated: June 25, 2009

MAXINE M. CHESNEY
United States District Judge