```
Mark D. Kemple (State Bar No. 145219)
mkemple@jonesday.com
Erik K. Swanholt (State Bar No. 198042)
ekswanholt@jonesday.com
Hirad D. Dadgostar (State Bar No. 241549)
hdadgostar@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:      (213) 243-2539
```

Attorneys for Defendant Greystone Servicing Corporation, Inc., and Defendant/Counterclaimant Greystone CDE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al.,<br><br>    Plaintiffs/Counter-defendants,<br><br>v.<br><br>GREYSTONE SERVICING CORPORATION, INC., et al.,<br><br>    Defendants and Counter-claimant. | **CASE NO. C 07-05454 MMC**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL CONFERENCE AND EXTEND DEADLINE TO MEET AND CONFER (CIVIL L.R. 16-10(b)(5)) AND ORDER THEREON**<br>Dept.:    Courtroom 7 (19th floor)<br>Judge:    Hon. Maxine M. Chesney |

### STIPULATION

Whereas, on June 24, 2009, Plaintiffs filed a Motion for Substitution of Counsel to substitute in Theotis F. Oliphant, Esq. in place and stead Quinlan S. Tom, McInerney & Dillon (doc. # 193, 194);

Whereas, the parties are required to meet and confer pursuant to Civil L.R. 16-10(b)(5) regarding the formulation of and stipulations to pretrial documents on or before June 29, 2009, and file such documents (including jury instructions, motions in limine, identification of witnesses and

exchange of exhibits, etc.) on or before July 22, 2009 (doc. # 89);

Whereas, Defendants Greystone Servicing Corporation, Inc. ("Greystone Servicing") and Greystone CDE, LLC ("Greystone CDE") (collectively, "Defendants") motion for summary judgment on all remaining claims of Plaintiffs Santa Fe Pointe, LP ("SFP"), Santa Fe Management, LLC ("SFM"), Rant, LLC ("Rant"), and Theotis F. Oliphant ("Oliphant") (collectively "Plaintiffs") (doc. # 158) has been set by the Court for hearing on July 17, 2009 (doc. # 188), five days in advance of the July 22, 2009 deadline to file the pre-trial documents (doc. # 89);

Now, and accordingly, all parties do hereby stipulate pursuant to Civil L.R. 6-2 to entry of the [Proposed] Order below extending the deadline for counsel to meet and confer pursuant to Civil L.R. 16-10(b)(5) to July 21, 2009, and continuing the Pretrial Conference to August 11, 2009 at 3:00 p.m.  This stipulation will not effect August 17, 2009 trial date in this matter.

IT IS SO STIPULATED.

Dated:  June 25, 2009         JONES DAY

By:  /s/ Mark D. Kemple
Mark D. Kemple
Attorneys for Defendant Greystone Servicing Corporation, Inc., and Defendant/Counter-claimant Greystone CDE, LLC

Dated:  June 25, 2009         McINERNEY & DILLON, P.C.

By:  /s/ Quinlan S. Tom
Quinlan S. Tom
Attorneys for Plaintiffs/Counter-defendants
Santa Fe Pointe, LP, Theotis F. Oliphant, Santa Fe Pointe Management LLC and Rant LLC

Dated:  June 25, 2009         Theotis F. Oliphant, Esq.

By:  /s/ Theotis F. Oliphant
Theotis F. Oliphant, Esq. Tom
Proposed counsel for Plaintiffs/Counter-defendants
Santa Fe Pointe, LP, Theotis F. Oliphant, Santa Fe Pointe Management LLC and Rant LLC

**[PROPOSED] ORDER**

The parties having so stipulated, ~~and good cause appearing, IT IS HEREBY ORDERED~~ and good cause appearing only for a more limited extension of the deadline to meet and confer, ~~that the Pretrial Conference Date is continued from August 4, 2009 to August 11, 2009 at 3:00 p.m.~~ ~~and~~ the deadline for lead trial counsel to meet and confer pursuant to Civil L.R. 16-10(b)(5) is extended from June 29, 2009 to July ~~21~~ 13, 2009.  For all other matters with respect to pretrial requirements, including preparation for the Pretrial Conference, the parties are directed to comply with the "Pretrial Instructions" at pages 3 through 6 of the Court's Pretrial Preparation Order (doc. # 89).  The trial date ~~in this action is not changed.~~ and the date of the Pretrial Conference remain as scheduled.

**IT IS SO ORDERED.**

Dated:   ~~June ___, 2009~~   July 2, 2009

By: _/s/ Maxine M. Chesney_
HON. MAXINE M. CHESNEY
United States District Judge