Page -1-

1  Quinlan S. Tom, SBN142461
2  McInerney & Dillon, P.C.
   Lake Merritt Plaza
3  1999 Harrison Street, Suite 1700
   Oakland, California  94612-4700
4  Telephone (510) 465-7100
   Facsimile (510) 465-8556
5  e-mail qst@mcinerney-dillon.com

6  Attorneys for plaintiffs Santa Fe Pointe, LP;
7  Santa Fe Management, LLC; RANT, LLC;
   Theotis F. Oliphant

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                       (San Francisco Division)

12

13 | SANTA FE POINTE, LP; an Oklahoma        )  No. C07-05454 MMC (EMC)
14 | limited partnership; SANTA FE            )
   | MANAGEMENT, LLC; an Oklahoma             )
15 | limited liability company; RANT, LLC, a  )  SUBSTITUTION OF COUNSEL
   | Delaware limited liability company; and  )  AND ORDER [Proposed]
16 | THEOTIS F. OLIPHANT, an individual;      )
                                              )
17 |     Plaintiffs,                           )
                                              )
18 | v.                                       )
                                              )
19 |                                          )
   | GREYSTONE SERVICING                      )
20 | CORPORATION, a Georgia corporation;      )
   | GREYSTONE CDE, LLC, a Delaware           )
21 | limited liability company;               )
                                              )
22 |     Defendants.                           )
                                              )
23 |_____ )
                                              )
24 | AND RELATED COUNTER-CLAIM.               )
25 |_____ )

26

27

28

SUBSTITUTION....

Plaintiffs and counter-defendants Santa Fe Pointe, LP; Santa Fe Management, LLC and RANT, LLC ("Santa Fe Plaintiffs") hereby substitute Letty K. Vandervegt for and instead of Quinlan S. Tom, McInerney & dillon.

I hereby consent to this Substitution of Defense:

Former Counsel

Dated: July 6, 2009

McInerney & Dillon, P.C.

By: /s/ Quinlan S. Tom

I hereby accept this substitution:

New Counsel

Dated: July 6, 2009

By: /s/ Letty K. Vandervegt
Letty K. Vandervegt (SBN 84054)
1140 Canterbury
Hercules, CA 94547

I herby consent to this Substitution of Counsel:
Dated: July 6, 2009

/s/ Theotis F. Oliphant
Theotis F. Oliphant, as representative for Santa Fe Point, LP, Santa Fe Management, LLC and RANT, LLC

## ORDER

Good cause appearing, it is hereby ordered that Letty K. Vandervegt is substituted as counsel for Santa Fe Pointe, LP, Santa Fe Management, LLC, and RANT, LLC in place and instead of Quinlan S. Tom of McInerney & Dillon, P.C. provided said substitution shall not, by itself, constitute good cause to extend any deadline or date set forth in the Pretrial Preparation Order.

Dated: July 13, 2009

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

SUBSTITUTION....