United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTA FE POINTE, LP, et al., | No. 07-5454 MMC |
| Plaintiffs, | **ORDER DIRECTING COUNSEL TO REGISTER AS ECF USER** |
| v. | |
| GREYSTONE SERVICING CORPORATION, et al., | |
| Defendants / | |

A review of the file indicates that the following attorney is not registered for electronic service in this e-filing case:

>Letty K. Vandervegt
>1140 Canterbury
>Hercules CA  94547

Section IV(A) of General Order 45 provides that "[e]ach attorney of record is obligated to become an ECF User and be assigned a user ID and password for access to the system upon designation of the action as being subject to ECF." Accordingly, counsel is hereby DIRECTED to register, no later than July 17, 2009, as an ECF User and obtain an ECF User ID and password. Forms and instructions concerning registration can be

found on the district court's web site at ecf.cand.uscourts.gov.[1]

**IT IS SO ORDERED.**

Dated:  July 13, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] In an e-filing case, the Clerk of the Court does not serve counsel by mail with orders e-filed by the Court. See General Order 45(IX)(D).  Although the Court, as a courtesy, will direct the Clerk to serve counsel by mail with the instant order, no further orders will be served by mail.

2