Quinlan S. Tom, SBN142461
McInerney & Dillon, P.C.
Lake Merritt Plaza
1999 Harrison Street, Suite 1700
Oakland, California 94612-4700
Telephone (510) 465-7100
Facsimile (510) 465-8556
e-mail qst@mcinerney-dillon.com

Attorneys for plaintiffs Santa Fe Pointe, LP;
Santa Fe Management, LLC; RANT, LLC;
Theotis F. Oliphant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| SANTA FE POINTE, LP; an Oklahoma limited partnership; SANTA FE MANAGEMENT, LLC; an Oklahoma limited liability company; RANT, LLC, a Delaware limited liability company; and THEOTIS F. OLIPHANT, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>GREYSTONE SERVICING CORPORATION, a Georgia corporation; GREYSTONE CDE, LLC, a Delaware limited liability company;<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM. | No. C07-05454 MMC (EMC)<br><br>SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER |

1  Plaintiffs and cross-defendants Santa Fe Pointe, LP; Santa Fe Management,
2  LLC; RANT, LLC; and Theotis F. Oliphant hereby substitute Theotis F. Oliphant for and
3  instead of Quinlan S. Tom, McInerney & Dillon.
4
5
6  I hereby consent to this Substitution of Counsel:
7  Former Counsel
8  Dated:  June 19, 2009                    McInerney & Dillon, P.C.
9
10                                          By: _____
11                                              Quinlan S. Tom
12
13 I hereby accept this Substitution of Counsel:
14 New Counsel
15 Dated:  June 19, 2009
16
17                                          By: _____
18                                              Theotis F. Oliphant (SBN 18067)
                                                113 Carmel Avenue
19                                              El Cerrito, CA 94530
20 I hereby consent to this Substitution of Counsel:
21 Dated: June 19, 2009
22
23                                          _____
                                            Theotis F. Oliphant, individually and as
24                                          representative for Santa Fe Pointe, LP, Santa
                                            Fe Management, LLC and RANT, LLC
25
26
27
28

## ORDER

Good cause appearing, its is hereby ordered that Theotis F. Oliphant is substituted as counsel for ~~Santa Fe Pointe, LP, Santa Fe Management, LLC, RANT, LLC and~~ Theotis F. Oliphant in place and instead of Quinlan S. Tom of McInerney & Dillon, P.C. provided said substitution shall not, by itself, constitute good cause to extend any deadline or date set forth in the Pretrial Preparation Order.

Dated: July 14, 2009

*Maxine M. Chesney*
The Honorable Maxine M. Chesney
United States District Judge