United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SANTA FE POINTE, L.P., et al.,

      Plaintiffs,

  v.

GREYSTONE SERVICING
CORPORATION, INC., et al.,

      Defendants
_____/

No. C-07-5454 MMC

**ORDER VACATING HEARING ON
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT; CONTINUING
PRETRIAL CONFERENCE AND
RELATED DATES**

      Before the Court is defendant Greystone Servicing Corporation, Inc. and Greystone

CDE, LLC's "Motion for Summary Judgment on Plaintiffs' Claims," filed May 15, 2009.

Plaintiffs Santa Fe Pointe, LP, Santa Fe Management, LLC, Rant, LLC, and Theotis F.

Oliphant have filed opposition, to which defendants have replied.  Having read and

considered the papers filed in support of and in opposition to the motions, the Court deems

the matter suitable for decision on the parties' respective submissions, and VACATES the

hearing scheduled for July 17, 2009.

      Further, in light of the Court's trial schedule, and, in particular, the likelihood that the

jury trial in which the Court is currently engaged will continue into the week of August 3,

2009, the Pretrial Conference in the above-titled action, currently scheduled for August 4,

2009, is hereby CONTINUED to August 11, 2009, at 3:00 p.m., and the deadlines set forth in the Pretrial Preparation Order are hereby EXTENDED accordingly.

**IT IS SO ORDERED.**

Dated:  July 15, 2009

MAXINE M. CHESNEY
United States District Judge