Letty K. van der Vegt (State Bar No. 84054)
1140 Canterbury
Hercules, CA 94547
Tel: (707) 695-0586
Email: zephyrlv@gmail.com

Attorney for Plaintiffs/
Counter-defendants Santa Fe Pointe, LP,
Santa Fe Management, LLC, and Rant, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al., <br><br> Plaintiffs/Counter-defendants, <br><br> v. <br><br> GREYSTONE SERVICING CORPORATION, INC., et al., <br><br> Defendants and Counter-Claimant. | CASE NO. C 07-05454  MMC <br><br> **SUBSTITUTION FORMS AND ~~PROPOSED~~ ORDER GRANTING PLAINTIFFS/COUNTER-DEFENDANTS' MOTION TO JOIN THEOTIS F. OLIPHANT AS CO-COUNSEL FOR PLAINTIFFS/COUNTER-DEFENDANTS SANTA FE POINTE, LP, SANTA FE MANAGEMENT, LLC, AND RANT, LLC.** |

Plaintiffs Santa Fe Pointe, LP; Santa Fe Management, LLC; and Rant, LLC; hereby substitute Theotis F. Oliphant in as co-counsel of record.

I hereby consent to this substitution.

Date: 7/28/09

/s/_____

Letty K. van der Vegt

Attorney for Plaintiffs Santa Fe Pointe, LP; Santa Fe Management, LLC; and Rant, LLC.

I hereby accept this substitution as co-counsel.

Date: 7/28/09

/s/

Theotis F. Oliphant  (SBN 180687)

## ORDER

Good cause appearing therefore, it is hereby ordered that Theotis F. Oliphant is substituted in as co-counsel for Santa Fe Pointe, LP; Santa Fe Management, LLC; and Rant, LLC; provided said substitution in as co-counsel shall not, by itself, constitute good cause to extend any deadline or date set forth in the Pretrial Preparation Order.

Dated: August 4, 2009

_____
The Honorable Maxine M. Chesney
United States District Judge