UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| SANTA FE POINTE, LP, et al.,<br><br>  Plaintiffs/Counter-defendants,<br><br>  v.<br><br>GREYSTONE SERVICING CORPORATION, INC., et al.,<br><br>  Defendants and Counterclaimant. | **Case No. C 07-05454 MMC**<br><br>**JUDGMENT**<br><br>Judge: Hon. Maxine M. Chesney |

Pursuant to this Court's Order on Counterclaimant Greystone CDE, LLC's ("Greystone CDE") "Motion for Summary Judgment" (doc. # 112) that Greystone CDE had established Counter-defendant Theotis Oliphant's ("Oliphant") and Santa Fe Pointe, LP ("SFP") liability on Greystone CDE's counterclaims "in the event SFP has failed to repay the sums it borrowed under the Loan Agreement" [Order (doc # 164) at 14:7-9], and pursuant to the parties' stipulation of July 30, 2009,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1.     Santa Fe Pointe Management, LLC (a/k/a Santa Fe Management, LLC) ("SFM") owes (jointly and severally with SFP, Oliphant and Rant) Greystone CDE $601,290.83 on the

bridge loan in unpaid principal, interest, and loan-related fees and Judgment is entered in favor of Greystone CDE, and against SFM, SFP, Oliphant and Rant, jointly and severally, for this amount;

      2.     SFM (along with SFP, Oliphant and Rant) is required to and shall indemnify, pay, and reimburse Greystone CDE for attorney's fees and costs incurred by Greystone CDE in connection with this action pursuant to the Bridge Loan Documents (Partner Guaranty, Pledge and Security Agreement § 11, Bridge Promissory Note at 2, Bridge Loan Agreement at § 10.1, Assignment of Purchase Agreement at § 7, Guaranty and Suretyship Agreement at § 3.07, Developer Limited Guaranty Pledge and Security Agreement at § 12) in an amount to be determined by the Court pursuant to a cost/fee application to the Court.  Based on that cost/fee application (to be filed on or before September 14, 2009 pursuant to Order (doc. # 192) entered June 19, 2009), any opposition thereto by Plaintiffs/Counterdefendants, and any Reply, the Court will amend this Judgment to state the total sum of money recoverable by Greystone CDE against SFM, SFP, Oliphant and Rant, jointly and severally.

      3.     Judgment will not be final until calculation of the total sum recoverable by Greystone CDE against SFM, SFP, Oliphant and Rant as provided in Paragraph 2, above.

Dated: August 4, 2009      By: _____
                                          MAXINE M. CHESNEY
                                          United States District Judge